UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

STEVEN NERAYOFF and
MICHAEL HLADY,
    also known as Michael Peters,"

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNSEALING ORDER

Docket No. 19-M-830

      Upon the application of RICHARD P. DONOGHUE, United States Attorney

for the Eastern District of New York, by Assistant United States Attorneys Mark E. Bini and

Andrey Spektor, for an order unsealing the complaint and arrest warrants in the above-

captioned matter.

      WHEREFORE, it is ordered that the complaint and arrests warrants in the

above-captioned matter be unsealed.

Dated:    Brooklyn, New York
          September 18, 2019

                    /s/ SLT

                    _____
                    HONORABLE STEVEN L. TISCIONE
                    UNITED STATES MAGISTRATE JUDGE
                    EASTERN DISTRICT OF NEW YORK