## INITIAL APPEARANCE CALENDAR

Magistrate Judge : __STEVE TISCIONE__   Date: __9/18/19__

Magistrate Case Number: __19-830 M__   LOG #: __3:49 - 3:57__

Defendant's Name: __STEVEN NERAYOFF__

____ Court appointed counsel.   __X__ Defendant retained counsel.

Defense Counsel: __AVRAHAM MOSKORITZ__   CJA:__ FDNY:__ RET: __X__

A.U.S.A. __ANDREY SPEKTOR__   Clerk : __F CHIN__

Interpreter : _____   Language: _____

__✓__ ARRAIGNMENT on Complaint held.   ____ Government Agent Sworn

__✓__ DETENTION HEARING Held:   ____ Government opposed bail for reasons stated on the record.

__✓__ Bond set at __$750,000__.   __✓__ Bond set on consent of both parties.

Defendant : __✓__ released   ____ held pending satisfaction of bond conditions.

__✓__ Defendant advised of bond conditions set by the Court and signed the bond.

__✓__ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

____ (Additional) surety/ies to co-sign bond by _____

____ After detention hearing, Court orders detention in custody.   ____ Leave to reopen granted

____ Temporary Order of Detention Issued. Bail Hearing set for _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

__✓__ Preliminary Hearing set for: _____; or   __✓__ waived by defendant

____ Status Conference set for: _____ before Judge _____

____ Medical memo issued.

____ REMOVAL (Rule 5) PROCEEDING held. To the district of: _____

____ Identity hearing held. Court ____ orders removal ____ denies removal

____ Defendant waives: ____ identity hearing ____ preliminary hearing

____ Identity/ Removal Hearing set for: _____

____ No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings: __Order of excludable delay entered. Time excluded from 9/18/19 until 10/18/19.__