# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

United States of America

NOTICE OF APPEARANCE

-v-

Docket Number: 19 M-830

Judge:

**Steven Nerayoff**
Defendant.

Date:

PLEASE NOTICE, that I have been RETAINED by Steven Nerayoff the above named defendant. I was admitted to practice in this district on 6/81.

**Signature**: A. Moskowitz

**Print Name**: Avraham C. Moskowitz

**Bar Code**: 1720317

**Office Address**: 345 7th Ave, 21st Fl.

NY, NY 10001

**Telephone #**: 212-221-7999

*** NOTICE TO ATTORNEY ***

    **Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.

    **Within 20 days you must submit to the Clerk of the Court a good standing certificate from at least one of the states in which you are admitted to practice. (See amended Rule 1 of the joint Crminal Rules of the Eastern and Southern Districts of New York.)