## INITIAL APPEARANCE CALENDAR

Magistrate Judge: __Cheryl L. Pollak__   Date: __9/25/19__

Magistrate Case Number: __19-830M__   LOG #: __2:46 - 2257__

Defendant's Name: __Michael Hlady__

__✓__ Court appointed counsel. —for arraignment only   ___ Defendant retained counsel.

Defense Counsel: __Michael Schneider__   CJA:___ FDNY: ✓ RET:___

A.U.S.A. __Andrey Spektor__   Clerk: __SM Yuen__

Interpreter: _____   Language: _____

__✓__ ARRAIGNMENT on Complaint held.   ___ Government Agent Sworn

___ DETENTION HEARING Held:   ___ Government opposed bail for reasons stated on the record.

__✓__ Bond set at __$100,000__.   __✓__ Bond set on consent of both parties.

Defendant: __✓__ released   ___ held pending satisfaction of bond conditions.

__✓__ Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

__1__ (~~Additional~~) surety/ies to co-sign bond by __10/4/19 in C.I.__

___ After detention hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

__✓__ Preliminary Hearing set for: _____; or __✓__ waived by defendant

___ Status Conference set for: _____ before Judge _____

___ Medical memo issued.

___ REMOVAL (Rule 5) PROCEEDING held. To the district of: _____

___ Identity hearing held. Court ___ orders removal ___ denies removal

___ Defendant waives: ___ identity hearing ___ preliminary hearing

___ Identity/ Removal Hearing set for: _____

___ No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings: __Time excluded from 9/25 - 10/25/19.__