# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   VERA SCANLON          DATE: **10/4/19**

DOCKET NUMBER:   19-830M        LOG #: 12:54 – 12:56

DEFENDANT'S NAME: MICHAEL HLADY
   ✓ Present   ___ Not Present   ___ Custody   ___ Bail

DEFENSE COUNSEL: MICHAEL SCHNEIDER
   X Federal Defender   ___ CJA   ___ Retained

A.U.S.A: ANDREY SPEKTOR          CLERK: L HUGH

INTERPRETER: _____ (Language) _____

___ Defendant arraigned on the: __ indictment __ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   __ Defendant's first appearance.

   ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
   ___ Defendant advised of bond conditions set by the Court and signed the bond.
   ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
   ___ (Additional) surety/ies to co-sign bond by _____
   ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start_____ Stop_____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings:
Date for confession of judgment extended until 10/11/19.