# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

October 10, 2019

**By email and ECF**

The Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **United States v. Michael Hlady, 19 M 830**

Dear Judge Kuo,

    I write to request a modifications of Mr. Hlady's bond conditions. On September 25, 2019, Magistrate Judge Pollak released Mr. Hlady on a $100,000 bond to be secured by property. Per the terms of the bond, the time within which the security was to be provided expires on October 11, 2019. Mr. Hlady asks to extend the time within which the security for the bond must be provided to October 18, 2019. I have spoken to AUSA Andrey Spektor about this request and he consents to the requested extension of time.

    Thank you for your attention to this matter.

Respectfully Submitted,

/s/

Michael Schneider, Esq.

cc:    Clerk of the Court (by ECF)
       AUSA Andrey Spektor (by ECF)

Approved
10/10/19