# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE STEVEN TISCIONE _____ DATE: __10/17/19__

DOCKET NUMBER: 19 M 830 _____ LOG #: 2:22 - 2:25

DEFENDANT'S NAME: **MICHAEL HLADY**
✓ Present ___ Not Present ___ Custody ✓ Bail

DEFENSE COUNSEL: ~~JAMES KROCARRO~~ Michael Schneider
___ Federal Defender ✓ CJA ~~___ Retained~~

A.U.S.A: ANDREY SPEKTOR _____ CLERK: SM YUEN

INTERPRETER: _____ (Language) _____

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held. ___ Defendant's first appearance.

    ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
    ___ Defendant advised of bond conditions set by the Court and signed the bond.
    ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
    ___ (Additional) surety/ies to co-sign bond by _____
    ___ After hearing, Court orders detention in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail ~~Hearing~~ Satisfaction set for __10/24/19 11am.__

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start __10/17/19__ Stop __11/17/19.__

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: Request for adjournment to 10/24/19 to file confession of judgment on a property granted.