MEB/AS
F. #2018R00035

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

STEVEN NERAYOFF and
MICHAEL HLADY,
 also known as "Michael Peters,"

Defendants

- - - - - - - - - - - - - - X

P R O T E C T I V E   O R D E R

19-M-830

      Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Andrey Spektor and with the consent of the defendants STEVEN NERAYOFF and MICHAEL HLADY,

      IT IS HEREBY ORDERED that any information produced in the above-captioned case that contains the name or voice of the victims (referred to as John Doe and Jane Doe in the complaint) or that could be used to discern the victims' identities, including but not limited to audio recordings (as well as draft transcripts thereof), reports and affidavits (collectively, the "Protected Materials") may not be disseminated beyond the defendants, their attorneys and their attorneys' legal staff;[1]

      IT IS FURTHER ORDERED that the defendants, their attorneys and their attorneys' legal staff shall not make additional copies of the Protected Materials or show the

---

[1] The government will mark or otherwise identify information that falls in this category as "confidential" or "sensitive."

Protected Materials to any other person;

    IT IS FURTHER ORDERED that the Protected Materials shall be returned to the government at the conclusion of this case.

Dated:  Brooklyn, New York
     October 18, 2019

                _____
                THE HONORABLE VERA M. SCANLON
                UNITED STATES DISTRICT JUDGE
                EASTERN DISTRICT OF NEW YORK