UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------x
UNITED STATES OF AMERICA,

            -against-

MICHAEL HLADY,

            Defendant.
--------------------------------------------------x

**NOTICE OF APPEARANCE**

19-mj-830

SIR/MADAM:

    PLEASE TAKE NOTICE, that I, James R. Froccaro, Jr., do hereby appear in the above-captioned criminal case for defendant MICHAEL HLADY, and have been retained as the attorney for said defendant.

I was admitted to practice law in this district in the year 1988.

Dated: Port Washington, New York
       October 18, 2019

                      Yours, etc.,

                      /JRF/
                      _____
                      JAMES R. FROCCARO, JR. (JRF-5461)
                      20 Vanderventer Avenue, Suite 103W
                      Port Washington, NY 11050
                      (516) 944-5062 (phone)
                      (516) 944-5066 (fax)
                      JRFESQ61@aol.com (e-mail)