**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

November 5, 2019

BY EMAIL
Hon. Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Michael Hlady
19 M 830

Dear Judge Scanlon:

On November 1, 2019, Your Honor granted the attached letter motion I made on behalf of Mr. Hlady for him to travel on business to the States of New Mexico and Michigan from November 6 to November 9, 2019. Late this afternoon, I was contacted by Mr. Hlady's Pretrial Services Officer who requested that I make application to the Court, due to the differences in time zones, to suspend the curfew requirement until Mr. Hlady returns to home on November 9.

The government has no objection to this request.

Respectfully submitted,
/ JRF /
James R. Froccaro, Jr.

JRF:pa

cc: AUSA Andrey Spektor, by email
    USPSO Brandon Miles, by email

*Granted as noted*
*s/ Scanlon*
*11/6/19*
*8:58 Am*

**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

November 1, 2019

BY EMAIL
Hon. Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>United States v. Michael Hlady</u>
19 M 830

Dear Judge Scanlon:

    I am the attorney for Michael Hlady. On September 25, 2019, Mr. Hlady was released on a $100,000 Appearance Bond in the case with standard release conditions. Mr. Hlday is a Rhode Island resident. His travel is presently limited to the states of Rhode Island, Massachusetts, and Connecticut, as well as the Eastern and Southern Districts of New York. Mr. Hlady's Bond was originally supposed to be signed by an additional suretor and a confession of judgment against real property was supposed to be filed as security for the Bond, but Mr. Hlady was ultimately unable to provide either. As a result, the parties appeared before Magistrate Judge Reyes this past Wednesday to modify the terms of the Bond to add the condition that Mr. Hlady be required to wear an electronic monitoring bracelet with GPS tracking and abide by a curfew as directed by Pretrial Services, and to remove the requirement for an additional suretor and any collateral for the Bond.

1

By this letter, I am respectfully requesting that Mr. Hlady be granted permission to travel to the State of New Mexico on business from November 6 to November 9, 2019. While in New Mexico, he will also be traveling to the State of Michigan on business the morning of November 7th and returning to New Mexico the same evening. Mr. Hlady will provide his assigned Pretrial Services Officer in Rhode Island, Brandon Miles, with his specific travel itinerary well in advance of his anticipated departure.

Both the government and U.S. Pretrial Services Office have no objection to this travel request.

Respectfully submitted,

/JRF/

James R. Froccaro, Jr.

JRF:pa

cc: AUSA Andrey Spektor, by email
    USPSO Brandon Miles, by email

2