UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>STEVEN NERAYOFF and<br>MICHAEL HLADY,<br><br>　　　　　　　　Defendants. | Ind. No. 20 Cr. 8<br><br><br>**NOTICE OF MOTION TO<br>WITHDRAW AS COUNSEL<br>PURSUANT TO LOCAL RULE 1.4** |

　　　　　PLEASE TAKE NOTICE that the law firm of Moskowitz & Book, LLP, upon the affirmation of Avraham C. Moskowitz, Esq., submitted herewith, will move this Court, before the Hon. Margo K. Brodie, U.S.D.J., at the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, 11201, on a date fixed by the Court, for an Order pursuant to Local Civil Rule 1.4, allowing Moskowitz & Book, LLP to withdraw as counsel for Defendant Steven Nerayoff.

　　　　　PLEASE TAKE FURTHER NOTICE that the law firm of Moskowitz & Book, LLP does not request oral argument on this motion.

Dated:　　New York, New York
　　　　　January 17, 2020

　　　　　　　　　　　　　　　　　　　　　　MOSKOWITZ & BOOK, LLP

　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　Avraham C. Moskowitz
　　　　　　　　　　　　　　　　　　　　345 Seventh Avenue, 21st Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10001
　　　　　　　　　　　　　　　　　　　　(212) 221-7999

cc: All counsel of record, *via ECF*