UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

               v.

STEVEN NERAYOFF, and
MICHAEL HLADY,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

20 Cr. 008 (MKB)

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL RULE 1.4**

       PLEASE TAKE NOTICE that Amanda Kramer, Esq., upon an affirmation submitted herewith, respectfully moves for an Order pursuant to Local Civil Rule 1.4, allowing her to withdraw as counsel for defendant Steven Nerayoff.

       PLEASE TAKE FURTHER NOTICE that oral argument on this motion is not requested.

Dated:   New York, New York
            January 18, 2020

                                            By: _____
                                                Amanda Kramer, Esq.
                                                COVINGTON & BURLING LLP
                                                620 Eight Avenue, 43rd Floor
                                                New York, New York 10018
                                                (212) 841-1223

Cc:   Steven Nerayoff
       All counsel of record, *via ECF*