UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                             :

UNITED STATES OF AMERICA             :     **20 Cr. 008 (MKB)**

                           :

          v.                   :     <u>**ATTORNEY AFFIRMATION IN**</u>

                           :     <u>**SUPPORT OF MOTION TO**</u>

                           :     <u>**WITHDRAW AS COUNSEL**</u>

STEVEN NERAYOFF, and              :     <u>**PURSUANT TO LOCAL RULE 1.4**</u>

MICHAEL HLADY,                    :

                           :

          Defendants.              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

         AMANDA KRAMER, an attorney admitted to practice in the State of New York, hereby affirms under the penalty of perjury and says:

         1.       I am a partner at the law firm of Covington & Burling, LLP ("Covington").  I submit this affidavit in support of my motion, pursuant to Eastern District of New York Local Rule 1.4, to withdraw as counsel for defendant Steven Nerayoff.

         2.       I was engaged to represent Mr. Nerayoff in October 2019 in connection with the criminal complaint filed against him under case number 19 Mag. 830.  That engagement was explicitly limited to the time period prior to indictment.

         3.       The Indictment in this case was returned on or about January 10, 2010.  I have not filed a notice of appearance in this docket.

         4.       The prosecution of this case will not be disrupted by my withdrawal.  The arraignment is presently scheduled for January 22, 2020.  Discovery has not begun, and there are not yet any scheduled conferences or deadlines.  Accordingly, permitting my withdrawal will not appreciably delay proceedings in this case.

      5.      I am not asserting any liens.

Dated:    New York, New York
            January 18, 2020

By: _____

Amanda Kramer
COVINGTON & BURLING LLP
620 Eighth Avenue, 43rd Floor
New York, New York 10018
(212) 841-1223

Cc:    Steven Nerayoff
      All counsel of record, *via ECF*