

# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __Cheryl Pollak__    DATE: __1/22/20__

DOCKET NUMBER: __20 CR 8 (MKB)__    LOG #: __12:01 - 12:10__

DEFENDANT'S NAME: __Michael Hlady__
✓ Present   ___ Not Present   ___ Custody   ✓ Bail

DEFENSE COUNSEL: __James Froccaro__
___ Federal Defender   ___ CJA   ✓ Retained

A.U.S.A: __Andrey Spektor + Mark Bini__   CLERK: __SM Yuen__

INTERPRETER: _____ (Language) _____

✓ Defendant arraigned on the: ✓ indictment  ___ superseding indictment  ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

   ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
   ___ Defendant advised of bond conditions set by the Court and signed the bond.
   ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
   ___ (Additional) surety/ies to co-sign bond by _____
   ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start __1/22/20__ Stop __2/11/20__

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: _____