RD/1/22/2020

## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE  Cheryl Pollak                             DATE: 1/22/20

DOCKET NUMBER: 20 CR 8 (MKB)                                 LOG #: 12:01 - 12:30

DEFENDANT'S NAME: Steven Nerayoff
✓ Present   __ Not Present   __ Custody   ✓ Bail

DEFENSE COUNSEL: ~~Marc Epstein~~ Amanda Kramer + Avi Muskowitz
__ Federal Defender   __ CJA   ✓ Retained

A.U.S.A: Andrey Spektor + Mark Bini         CLERK: SM Yuen

INTERPRETER: _____ (Language)

✓ Defendant arraigned on the: ✓ indictment  __ superseding indictment  __ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

__ DETENTION HEARING Held.   __ Defendant's first appearance.

   __ Bond set at _____. Defendant __ released __ held pending satisfaction of bond conditions.
   __ Defendant advised of bond conditions set by the Court and signed the bond.
   __ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
   __ (Additional) surety/ies to co-sign bond by _____
   __ After hearing, Court orders detention in custody.   __ Leave to reopen granted

__ Temporary Order of Detention Issued. Bail Hearing set for _____

__ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start 1/22/20 Stop 2/11/20

__ Medical memo issued.

__ Defendant failed to appear, bench warrant issued.

__ Status conference set for _____ @ _____ before Judge _____

Other Rulings: Counsel Avi Muskowitz's motion to withdraw as counsel granted. Court denied defendant's request for court appointed counsel. Ms Kramer's motion ~~defendant will be existing new counsel~~ to withdraw as counsel is also granted. Deft to retain new counsel.