UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

v.

STEVEN NERAYOFF, and
MICHAEL HLADY,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 22 2020 ★

BROOKLYN OFFICE

20 Cr. 008 (MKB)

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL RULE 1.4**

PLEASE TAKE NOTICE that Amanda Kramer, Esq., upon an affirmation submitted herewith, respectfully moves for an Order pursuant to Local Civil Rule 1.4, allowing her to withdraw as counsel for defendant Steven Nerayoff.

PLEASE TAKE FURTHER NOTICE that oral argument on this motion is not requested.

Dated:   New York, New York
         January 18, 2020

By: _____
Amanda Kramer, Esq.
COVINGTON & BURLING LLP
620 Eight Avenue, 43rd Floor
New York, New York 10018
(212) 841-1223

Cc:   Steven Nerayoff
      All counsel of record, *via ECF*

So Ordered

s/Cheryl Pollak

USMJ
1/22/2020