UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA,

                v.

STEVEN NERAYOFF,

                Defendant.
---------------------------------------------------------X
TO: CLERK OF THE COURT

**NOTICE OF APPEARANCE**

Case No. 20-cr-00008-MKB-1

      **PLEASE TAKE NOTICE** that I have been retained by the Defendant indicted above in the entitled action. I have been admitted to practice in this Court since 1997.

Dated: February 7, 2020
       New York, New York

_____
Arthur L. Aidala, Esq.
Aidala, Bertuna & Kamins, P.C.
8118-13th Avenue
Brooklyn, New York 11228
(718) 238-9898