LAW OFFICES OF
# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
JOHN S. ESPOSITO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
ANDREA M. ARRIGO
DIANA FABI SAMSON

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

8118-13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH

February 10, 2020February 10, 2020

BY ECF

The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza east
Brooklyn, New York 11201

**Re:   United States v. Nerayoff**
        **Case # 1:20-cr-00008-MKB-1**

Dear Judge Brodie:

    I write regarding my client, Steven Nerayoff, by whom I was retained earlier today to represent in the above-captioned matter. I am respectfully requesting a brief adjournment of the upcoming status conference, which is currently scheduled for February 11, 2019.

    Currently, I am on trial in New York State Supreme Court before Justice James Burke. I anticipate that the trial will conclude by the end of the week of February 17, 2020, and would request an adjournment to any date between February 26, 2020 and March 30, 2020, that is convenient for the Court. Co-defendant Michael Hlady also joins in this request, through his counsel, to the extent that he has no objection. We have conferred with the government, who also does not oppose any adjournment. Additionally, we waive speedy trial time until the next court date.

    I thank you for your consideration of this request. If you should have any questions or concerns, please do not hesitate to contact me at (718) 238-9898.

Respectfully submitted,
Aidala, Bertuna & Kamins, P.C.

By: _____
Arthur L. Aidala

ALA:dg