**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

May 12, 2020

BY ECF
Hon. Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Michael Hlady
20 Cr 8 (MKB)

Dear Judge Brodie:

As you know, I am the attorney for Michael Hlady. On September 25, 2019, Mr. Hlady was released on a $100,000 Appearance Bond in the case with standard release conditions. Mr. Hlday is a Rhode Island resident. His travel is presently limited to the states of Rhode Island, Massachusetts, and Connecticut, as well as the Eastern and Southern Districts of New York. Mr. Hlady's Bond was originally supposed to be signed by an additional suretor and a confession of judgment against real property was supposed to be filed as security for the Bond, but Mr. Hlady was ultimately unable to provide either. As a result, the parties appeared before Magistrate Judge Reyes on October 30, 2019, to modify the terms of the Bond to add the condition that Mr. Hlady be required to wear an electronic monitoring bracelet with GPS tracking and abide by a curfew as directed by Pretrial Services. He has at all times been compliant with the terms of his release.

Unfortunately, Mr. Hlady has not been well and a time slot just opened up for him to undergo Sigmoid colon resection surgery at a local hospital in

Rhode Island this coming Thursday. He is expected to be hospitalized for about a week to be followed by a recovery period of about 6 weeks.

    By this letter, I am respectfully requesting that the electronic monitoring bracelet and curfew components of the Bond be eliminated while Mr. Hlady is in the hospital and then recovering from the surgery. Both the government and Pretrial Services have consented to this request.

                        Respectfully yours,

                                 /JRF/

                        James R. Froccaro, Jr.

JRF:pa

cc: USPSO Brandon Miles, <u>by email</u>

2