LAW OFFICES OF
# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
JOHN S. ESPOSITO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
ANDREA M. ARRIGO
DIANA FABI SAMSON

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

8118-13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH

July 24, 2020

**VIA ECF**

The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza east
Brooklyn, New York 11201

Re:   **United States v. Nerayoff**
      **Case # 1:20-cr-00008-MKB-1**

Dear Honorable Judge Brodie:

I write regarding my client, Steven Nerayoff. I am respectfully requesting an adjournment of the upcoming status conference, which is currently scheduled for August 4, 2020.

I would request an adjournment to the week of September 14, 2020 or any date that is convenient for the Court. Co-defendant Michael Hlady also joins in this request through his counsel, James R. Froccaro, Jr. We have conferred with the government, who also does not oppose any adjournment. Additionally, we waive speedy trial time until the next court date.

I thank you for your consideration of this request. If you should have any questions or concerns, please do not hesitate to contact me at (718) 238-9898.

Respectfully submitted,

Arthur L. Aidala
Aidala, Bertuna & Kamins, P.C.

ALA:dg