LAW OFFICES OF
# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
JOHN S. ESPOSITO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
ANDREA M. ARRIGO
DIANA FABI SAMSON

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

8118-13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH

October 15, 2020

**VIA ECF**

The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    *Re:*    ***United States v. Nerayoff***
            ***20 Cr. 00008***

Dear Judge Brodie:

    I am respectfully requesting a brief adjournment of the upcoming status conference, currently scheduled for October 22, 2020, which is being held for the purpose of setting a motion schedule. My office is continuing to review the large amount of discovery that the Government has provided. In order to give the Court an accurate forecast of what, if any, motions we intend to file, I am requesting an adjournment of forty-five (45) days. We have conferred with the Government and co-counsel and they do not oppose this request.

    I thank you for your consideration of this request. If you should have any questions or concerns, please do not hesitate to contact me at (718) 238-9898.

                                                           Respectfully Submitted,

                                                           Arthur L. Aidala
                                                           Aidala, Bertuna & Kamins, P.C.

ALA:dg