LAW OFFICES OF

# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
JOHN S. ESPOSITO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
ANDREA M. ARRIGO
DIANA FABI SAMSON

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

8118-13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH

October 30, 2020

**VIA ECF**

The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   U.S. v. Steven Nerayoff
      Case # 20-cr-00008

Dear Judge Brodie:

We are writing to respectfully request an adjournment of the trial in connection with my client, Steven Nerayoff, which is currently scheduled for July 19, 2021.

We would like to request an adjournment to any date in September 2021 that is convenient to the Court. The defendant has agreed to exclude time up to the new trial date.

We have conferred with the Government and co-counsel and they do not oppose this request.

We thank you for your consideration of this request. If you should have any questions or concerns, please do not hesitate to contact me at (718) 238-9898.

Respectfully Submitted,

Arthur L. Aidala
Aidala, Bertuna & Kamins, P.C.

ALA:dg