**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email:  JRFESQ61@aol.com

November 3, 2020

<u>BY ECF</u>
Hon. Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                Re:  <u>United States v. Michael Hlady</u>
                      20 Cr 8 (MKB)

Dear Judge Brody:

     I am a solo practitioner and private counsel for defendant Michael Hlady.  By this letter, I am respectfully requesting that I be immediately relieved as Mr. Hlady's lawyer in connection with this matter.  Mr. Hlady recently notified me that he is financially unable to pay me.  To date, I have been paid a mere fraction of what I was promised to proceed.  There has also been a breakdown in the attorney-client relationship between us further necessitating this application.

     Mr. Hlady has asked that CJA counsel be appointed in my place and stead.  Attached hereto is a current CJA 23 Financial Affidavit

1

from Mr. Hlady.[1]

        Respectfully submitted,

        /JRF/

        James R. Froccaro, Jr.

JRF:pa
Encl.

cc: Michael Hlady, w/encl.

---

[1] The next scheduled status conference for both defendants in the case is at 10 a.m. on December 8, 2020, and there is pending before the Court a joint request to schedule a trial in September of 2021.