**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**

ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

December 1, 2020

NEW JERSEY OFFICE:
79 MAIN STREET
SUITE ONE
HACKENSACK, NJ 07601
201-342-6665

Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

BY ECF

Re:   United States v. Michael Hlday
      20 Cr. 008 (MKB)

Dear Judge Brodie:

      Defendant Michael Hlday ("Hlday") is currently at liberty on a bond that contains numerous conditions including electronic monitoring. Tomorrow, December 2, 2020, Hlday is scheduled to have an MRI done on his neck. An appointment verification is attached as Exhibit A. The doctor has informed Hlday that the location monitoring bracelet must be removed to conduct the procedure. Pretrial Services has advised me that upon permission of the Court, Mr. Hlday may remove the bracelet himself the morning of the procedure and then Pretrial Services would meet him at his home to reattach it that afternoon. The government, by Assistant United States Attorney Andrey Spektor, and supervising Pretrial Services, by United States Pretrial Officer Brandon Miles, consent to this application.

      I apologize for the lateness of this request. Last week, I misread an email from Pretrial Services and incorrectly surmised that permission had been granted. Thank you for your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*

Sanford Talkin

cc:   AUSA Andrey Spektor (by ECF)
      AUSA Mark Bini (by ECF)
      USPTO Brandon Miles (by email)