**Patient:** MICHAEL P HLADY
**Medical Record:**
**Description:** MRI NECK C-/+
**Where:** MAGNETIC RESONANCE IMAGING

**Date Of Birth:**
**Status:** Booked
**When:** December 02 2020 @ 12:00 PM

## Directions

DI

## Providers

| Type | Name |
|---|---|
| Primary Care Provider | GONZALEZ, MICHAEL J MD |
| Scheduling Provider | TIPIRNENI, PRABHAKAR R MD |

## Patient Instructions

*Please bring a CD of any prior like exams when you arrive. Without this CD, it will delay the reading.
Please arrive 15 minutes prior to your test.
Please bring your list of medications with you the day of your test.
All patients will be required to change out of their street clothing and into gowns/pants with the new scanner.