**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

March 1, 2021

Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

BY ECF

        Re: United States v. Steven Nerayoff & Michael Hlday
           20 Cr. 008 (MKB)

Dear Judge Brodie:

  Defendants Steven Nerayoff and Michael Hlday ("Defendants") submit this joint letter to respectfully request and adjournment of the conference currently scheduled for March 2, 2021 to a date during the week of April 12, 2021 or to any other date convenient to the Court. The parties are currently engaged in plea negotiations and believe that one more adjournment will provide enough time to reach a resolution or make a final determination as to whether to proceed to trial. Defendants consent to the exclusion of the time from March 2, 2021, to the date set for the next conference from Speedy Trial Act calculation. The government consents to the Defendants' application.

  Thank you for your Honor's consideration of this request.

        Very truly yours,

        *Sanford Talkin*

        Sanford Talkin

cc: AUSA Andrey Spektor (by ECF)
   AUSA Mark Bini (by ECF)
   Arthur Aidala, Esq. (by ECF)