**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

March 3, 2021

Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

BY ECF

Re:   United States v. Michael Hlday
      20 Cr. 008 (MKB)

Dear Judge Brodie:

Defendant Michael Hlday ("Hlday") has sold his home and now wishes to move to Florida to live with his wife. His wife moved to Florida In January for employment purposes. Hlday must be out of his house by March 5, 2021. Defendant has been in consultation with Pretrial Services ("Pretrial"), and the government has been kept apprised of situation, regarding the home sale and potential move to Florida as it developed. By this letter, Hlday respectfully request the that on March 4, 2021, he be permitted to make one round trip from the house to his parents' house located at an address on Long Island previously provided to the government and the Pretrial to store some of his belongings. He then wishes, on March 5, 2021, to live with his parents until March 11, 2021. On March 11, 2021, he will drive to Florida and begin to live with wife in Florida at an address that has also been provided to the government and Pretrial. Additionally, Hlday respectfully requests permission to obtain and use a cellular telephone that does not have internet capabilities for this this travel. The number for this phone will be provided to the government and Pretrial. The government and Pretrial consent to these applications so long as the transfer is approved by the appropriate district in Florida.

Thank you for your Honor's consideration of these requests.

.

                                              Very truly yours,

                                              *Sanford Talkin*

                                              Sanford Talkin

cc:     AUSA Andrey Spektor (by ECF)
         AUSA Mark Bini (by ECF)
         USPTO Brandon Miles (by email)