**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

March 19, 2021

Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

BY ECF

                      Re:    United States v. Michael Hlday
                              20 Cr. 008 (MKB)

Dear Judge Brodie:

       By this letter, Hlday respectfully requests permission to use a cellular telephone that does not have internet capabilities for the limited purpose of calling Pretrial Services ("Pretrial"), counsel, his wife and his mother. The number for this phone has been provided to the government and Pretrial and records are readily available to ensure that defendant observes the call restrictions. Additionally, defendant new Pretrial Officer in Florida noticed that Hlday's bond inadvertently does not allow for him to both drop off, and pick up, his wife at work. Defendant respectfully requests that his bond be modified to remedy this error and permit both drop off and pick up.

       The government and Pretrial consent to these applications .

                                         Very truly yours,

                                         *Sanford Talkin*
                                         Sanford Talkin

cc:    AUSA Andrey Spektor (by ECF)
        AUSA Mark Bini (by ECF)
        USPTO Brandon Miles (by email)