UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                  20-CR-08 (MKB)

STEVEN NERAYOFF,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Sarah M. Evans from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Sarah M. Evans
    United States Attorney's Office (Criminal Division)
    271-A Cadman Plaza East
    Brooklyn, New York 11201
    Tel:  (718) 254-6490
    Fax:  (718) 254-6076
    Email: sarah.evans@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Sarah M. Evans at the email address set forth above.

Dated:   Brooklyn, New York
        June 16, 2021

                                      Respectfully submitted,

                                      MARK J. LESKO
                                      Acting United States Attorney

                          By:    /s/ Sarah M. Evans
                                      Sarah M. Evans
                                      Assistant U.S. Attorney

cc:   Clerk of the Court (MKB)