

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MEB:SE
F. # 2018R00035

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 16, 2021

By Email and FedEx

Arthur L. Aidala (Counsel for Steven Nerayoff)
Aidala, Bertuna & Kamins, P.C.
546 Fifth Avenue
New York, NY 10036
212-486-0011

      Re:    United States v. Steven Nerayoff
                Docket No. 20-CR-008 (MKB)

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery with respect to the above-referenced matter. This submission supplements the government's earlier disclosures to you. With this production, the government renews its request for reciprocal discovery from the defendant.

      Enclosed on the flash drive is the material, bates-stamped DOJ-000008557 – DOJ-000008668 and AH00000001 – AH00052815, listed in Appendix A (attached). This material is subject to the to the October 18, 2019 protective order and may not be disseminated beyond your defense team and your client. See ECF Docket Entry 21.[1]

      If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

---

[1] If you would like to share or reproduce any of the material and believe that it would not identify any victim in this case, please contact us.

                    Very truly yours,

                    MARK J. LESKO
                    Acting United States Attorney

By:   /s/_____
       Mark E. Bini
       Sarah Evans
       Assistant U.S. Attorney
       (718) 254-8761/6490

Attachment
Enclosure

## APPENDIX A

| June 16, 2021- Discovery Production (Nerayoff) 20 CR 008 (MKB) | | |
|---|---|---|
| **Description** | **Beginning Bates** | **End Bates** |
| Text conversation | DOJ-000008557 | DOJ-000008668 |
| Records and communications regarding and with Steven Nerayoff and Alchemist LLC, including- but not limited to- emails, calendar invitations, contracts, and agreements | AH00000001 | AH00000688 |
| Emails and calendar invitations | AH00000689 | AH00008959 |
| Emails, Share Purchase Agreements, Pay stubs, Invention Assignment Agreements, Notice of Share Option Grant, Offer Letter | AH00008960 | AH00009081 |
| Emails | AH00009082 | AH00051473 |
| Text Messages, E-mails, WhatsApp Messages | AH00051474 | AH00052809 |
| Text messages | AH00052810 | AH00052815 |