**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

June 16, 2021

Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

BY ECF

Re:  United States v. Michael Hlday
     20 Cr. 008 (MKB)

Dear Judge Brodie:

The Court recently granted defendant Michael Hlday's ("Hlday") permitting him to remove his location monitoring bracelet for while during his June 15, 2021 MRI procedure. Unfortunately, because the appointment was at 4:45 pm, Pretrial Services would have been unable to reattach the bracelet after the MRI. As a result, Hlday cancelled the appointment and reschedule for July 1, 2021 at 11:15 am. Hlday respectfully requests permission to remove the bracelet for that appointment. The government, by Assistant United States Attorney Mark Bini, and Pretrial, by United States Pretrial Officer, Ramel Moore, consent to this application.

Thank you for Your Honor's consideration of this request.

Very truly yours,
*Sanford Talkin*
Sanford Talkin

cc:  AUSA Sarah Evans (by ECF)
     AUSA Mark Bini (by ECF)
     USPTO Ramel Moore (by email)