

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SME
F. #2018R00035

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 10, 2021

<u>By E-mail and ECF</u>

The Honorable Margo K. Brodie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Nerayoff
     <u>Criminal Docket No. 20-0008 (MKB)</u>

Dear Chief Judge Brodie:

  The government writes respectfully to request that the next status conference in the above-captioned matter be scheduled for November 16, 2021 at 10:30 a.m. The government further requests that time be excluded under the Speedy Trial Act between today and the next status conference. The government submits that the exclusion of time is in the interest of justice, so that the parties may prepare for trial and for the need to protect public health and safety in light of the ongoing public health crisis. <u>See</u> 18 U.S.C. § 3161(h)(7). Defense counsel consents to the exclusion of time.

         Respectfully submitted,

         JACQUELYN M. KASULIS
         Acting United States Attorney

    By: /s Sarah M. Evans
       Sarah M. Evans
       Assistant U.S. Attorney
       (718) 254-6490

cc: Counsel of Record (by ECF)