UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
UNITED STATES OF AMERICA

        v.

STEVEN NERAYOFF and
MICHAEL HEADY,
    also known as "Michael Peters,"

        Defendant.
----------------------------------------------------------------------X

**NOTICE OF APPEARANCE**
**20-cr-00008 (MKB)**

TO: CLERK OF THE COURT

PLEASE TAKE NOTICE that Marc Agnifilo, Esq., Of Counsel at Brafman & Associates, P.C., 256 Fifth Avenue, New York, NY 10001, an attorney duly admitted to practice in this Court, is appearing for STEVEN NERAYOFF in the above-captioned matter.

Dated:    October 1, 2021
           New York, NY

/s/
_____
Marc Agnifilo, Esq.
*Of Counsel*
Brafman & Associates, P.C.
256 Fifth Avenue, 2nd Floor
New York, New York 10001
Phone: (212) 750-7800
Fax: (212) 750-3906
Email: marc@braflaw.com