# Brafman & Associates, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

———

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

March 10, 2022

VIA ECF

The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    United States v. Steven Nerayoff, 20 Cr. 0008 (MKB)

Dear Chief Judge Brodie:

    A status conference in the above-captioned matter is currently scheduled for Friday, March 11, 2022, at 11:00 am. The parties write to respectfully request an adjournment of this status conference for approximately 60 days, or at least until the trial currently before the Court is completed.

    The only item on the agenda for the parties is to confirm on the docket a trial date, which Your Honor's deputy previously indicated would be October 26, 2022. See Dkt. No. 79 (Jan. 12, 2022 Letter). The parties therefore respectfully request a continuance of tomorrow's status conference. The parties also respectfully request that time be excluded under the Speedy Trial Act between today and the next status conference. The parties submit that the exclusion of time is in the interest of justice, so that the parties may engage in plea negotiations and prepare for trial. See 18 U.S.C. § 3161(h)(7).

BRAFMAN & ASSOCIATES, P.C.

Thank you for your consideration.

Respectfully submitted,

_____

Marc Agnifilo
Zach Intrater