UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                                   20-CR-008 (MKB)

STEVEN NERAYOFF and
MICHAEL HLADY

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Assistant United States Attorney Jonathan P. Lax from this point forward will be added as counsel in the above-captioned matter.

       All future correspondence to the United States in the above-captioned matter should be sent to:

       Assistant U.S. Attorney Jonathan P. Lax
       United States Attorney's Office (Criminal Division)
       271-A Cadman Plaza East
       Brooklyn, New York 11201
       Tel:  (718) 254-6139
       Fax:  (718) 254-6321
       Email: Jonathan.Lax@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Jonathan P. Lax at the email address set forth above.

Dated: Brooklyn, New York
March 11, 2022

                                            Respectfully submitted,

                                            BREON PEACE
                                            United States Attorney

                             By:    /s/ Jonathan P. Lax
                                            Jonathan P. Lax
                                            Assistant U.S. Attorney

cc:     Clerk of the Court (MKB)
        Counsel of Record (by ECF)