UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

               v.                                              **NOTICE OF APPEARANCE**
                                                                      **20-cr-00008 (MKB)**

STEVEN NERAYOFF and
MICHAEL HLADY,
      Also known as "Michael Peters,"

                            Defendants.
-------------------------------------------------------X


TO: CLERK OF THE COURT


PLEASE TAKE NOTICE that Michael A. Scotto, Esq., an attorney duly admitted to practice in this Court, is appearing for STEVEN NERAYOFF in the above-captioned matter.

Dated: May 25, 2022
       Garden City, NY


                                                             /s/
                                                             _____
                                                             Michael A. Scotto, Esq. (MS 6936)
                                                             1225 Franklin Ave, Suite 325
                                                             Garden City, NY 11530
                                                            Phone: (516) 506-2302
                                                           Fax: (516) 706-7312
                                                          Email: mascottoesq@gmail.com