# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

———

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

August 4, 2022

VIA ECF
The Honorable Margo K. Brodie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    United States v. Steven Nerayoff, 20 Cr. 008 (MKB)

Dear Chief Judge Brodie:

    We write to respectfully request, together with the Government, that the Court adjourn the status conference that is set for August 5, 2022 at 10:30 am. The parties would respectfully ask that the Court set a status conference in approximately four weeks' time.

    Respectfully submitted,

    Marc A. Agnifilo, Esq.
    Zach Intrater, Esq.

cc:    Counsel for the government (via ECF)