# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

August 4, 2022

VIA ECF
The Honorable Margo K. Brodie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Steven Nerayoff, 20 Cr. 008 (MKB)

Dear Chief Judge Brodie:

We write to respectfully request, together with the Government, that the Court adjourn the status conference that is set for August 5, 2022 at 10:30 am. The parties would respectfully ask that the Court set a status conference in approximately four weeks' time.

The parties further jointly request that time be excluded under the Speedy Trial Act between today and the next status conference. The parties submit that the exclusion of time is in the interest of justice, so that the parties may engage in plea negotiations and prepare for trial. See 18 U.S.C. § 3161(h)(7).

Respectfully submitted,

Marc A. Agnifilo, Esq.
Zach Intrater, Esq.

cc:    Counsel for the government (via ECF)