UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                             20-CR-00008 (MKB)

STEVEN NERAYOFF and
MICHAEL HLADY,
   also known as "Michael Peters,"

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney John O. Enright from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney John O. Enright
    United States Attorney's Office (Criminal Division)
    271-A Cadman Plaza East
    Brooklyn, New York 11201
    Tel:  (718) 254-6203
    Email: John.Enright@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney John O. Enright at the email address set forth above.

Dated:    Brooklyn, New York
         August 5, 2022

                                            Respectfully submitted,

                                            BREON PEACE
                                            United States Attorney

                             By:    /s/ John O. Enright
                                            John O. Enright
                                            Assistant U.S. Attorney

cc:    Clerk of the Court (MKB)