# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN
ADMITTED IN NY & NJ

TENY R. GERAGOS
ADMITTED IN NY & CA

August 31, 2022

**VIA ECF**
Honorable Margo K. Brodie
Chief Judge, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re. U.S. v. Steven Nerayoff, 20-CR-8 (MKB)

Dear Chief Judge Brodie:

With the consent of all parties, we ask that the telephonic status conference currently scheduled for Friday September 2nd be adjourned one week to Friday September 9, 2022, at 11:30 AM. Thank you.

Respectfully,

Marc Agnifilo