**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

September 20, 2022

Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

BY ECF

Re:   United States v. Michael Hlday
20 Cr. 008 (MKB)

Dear Judge Brodie:

Defendant Michael Hlday, ("Hlday") is scheduled to be sentenced by the Court on October 4, 2022.   This letter is respectfully submitted a joint request by the parties for a 30-45 day adjournment of the sentencing.   Hlday only very recently collected the last documents, including medical records, necessary for preparation of his sentencing submission and the extra time will be sufficient for him to prepare and file his memorandum.   The government is currently resolving some outstanding issues as to Hlday's co-defendant that may affect tits sentencing presentation as to Hlady.   The parties make this joint motion for the above reasons.

Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*

Sanford Talkin

cc:   AUSA Jonathan Lax