# Brafman & Associates, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

———

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN
ADMITTED IN NY & NJ

TENY R. GERAGOS
ADMITTED IN NY & CA

October 17, 2022

<u>VIA ECF</u>
The Honorable Margo K. Brodie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    <u>United States v. Steven Nerayoff</u>, 20 Cr. 008 (MKB)

Dear Chief Judge Brodie:

Please accept this letter in lieu of a more formal submission.  At the request of Defendant Steven Nerayoff, Brafman & Associates, P.C., via the undersigned counsel, move to withdraw as counsel of record in the above-referenced case.  Michael A. Scotto, Esq., also represents Mr. Nerayoff in this matter and will remain as counsel of record.

Respectfully submitted,

Marc A. Agnifilo, Esq.
Zach Intrater, Esq.

cc:    Counsel for the government (via ECF)
Michael A. Scotto, Esq. (via ECF)