**Michael A. Scotto**
Attorney-at-Law
**1225 Franklin Ave, Suite 325**
**Garden City, NY 11530**
mascottoesq@gmail.com
*mobile: 516-506-2302*
*fax: 516-706-7312*

January 24, 2023

The Honorable Margo K. Brodie
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Steven Nerayoff--Crim. No. 20-008 (MKB)

Dear Judge Brodie:

I write to advise the Court that the parties have not, and it appears will not be able to reach a resolution of this matter as described at the December 1, 2022 status conference.

The parties have conferred, and we propose the following briefing schedule for the filing of pre-trial/Rule 12 motions:

2/13—Defense Motions Due
3/6- Government Response
3/13- Defense Reply

We would also request that this Friday's status conference be adjourned to a date after the motions have been fully submitted.

Respectfully submitted,
*Michael A. Scotto*
Michael A. Scotto


cc: Counsel for the Government via ECF