## Document Properties

**Description** | Security | Fonts | Initial View | Custom | Advanced

### Description

- **File:** StormX_028399.pdf
- **Title:**
- **Author:**
- **Subject:**
- **Keywords:**

- **Created:** 2/5/19, 4:19:58 PM      [Additional Metadata...]
- **Modified:** 2/5/19, 4:19:59 PM
- **Application:**

Advanced