| | |
|---|---|
| From: | ▮ |
| To: | Steven Nerayoff; ▮ |
| CC: | ▮ |
| Sent: | 9/10/2017 3:02:19 PM |
| Subject: | Re: Updated Proposal + Options for Alchemist. |

Bancor Tokens = 250,000,000 (250 Million ▮ tokens) = if using $0.008 / token (to stick with that number for reference) = about $ 2,000,000.00 USD.

90 Day Lock on bonus tokens.

Total Market Cap (for modeling purposes) = $0.008 times 10,000,000,000 tokens = $80,000,000 (80 million USD).

Yes, the numbers are in ETH (to normalize the entire model) right now. I'm translating to USD using $0.008 as the base for 1 ▮ in USD value to do that.

Thank you.



On Sun, Sep 10, 2017 at 2:57 PM, Steven Nerayoff ▮ wrote:
Did you calculate total market cap assuming no more bonuses other than what is on the sheet?

Sent from my iPhone. Apologies for misunderstandings or typos due to the spell checker.

On Sep 10, 2017, at 4:34 PM, ▮ wrote:

Hi, Steven:
+ ▮ cc'ed

Really sorry you're not feeling well ---- your health is very important. I'll try and summarize as clearly and simply as possible below for you on where things stand. Let me know if I missed anything, tried to be as clear/detailed as possible.

### FACTS:

- Total Supply of Tokens = 10,000,000,000 (10 billion)
- Total Supply of Tokens for SALE = 6,000,000,000 (6 billion)
- ETH Rate = $325
- BTC Rate = $4010
- Tokens SOLD in Hub Sale + PreSale = **4,932,939,502.08**
- Tokens LEFT for Presale/Crowdsale = 1,067,060,497.92

**Total Raise = 153,846.15 ETH ($50,000,000 USD) @ $325 ETH Rate**

/// SEPARATED OUT OF THIS EMAIL IS BANCOR = *2.5% of Raise, 2.5% of Tokens.*
*Bancor is owed $1,250,000 ETH, and 250,000,000* ▮ *Tokens.*
///

**Alchemist ORIGINAL Deal was 20% of Raise, and 20% of Tokens.**

CONFIDENTIAL                                                                                         ▮_016983

- $10,000,000 USD value in ETH
- 2,000,000,000 in ▇▇▇ tokens

**\*\*\* Alchemist NEW SEPT 10, 2017 Deal is moving the 20% in Tokens to the Raise Incentive. \*\*\***

- $20,000,000 USD in ETH

**OPTIONS FOR Alchemist to consider, as we would prefer you to hold ▇▇▇. For "value" simplicity in the numbers below, we used $0.008 USD = 1 STORM.**

1. **OPTION 1:**
   - SUMMARY = **$12M ETH + 812,307,692.31** ▇▇▇ **Tokens at 65% bonus rate, 90 day lock on bonus tokens**
   - For reference, **812,307,692.31** in ▇▇▇ Tokens is about $ 6,498,461.54 in USD value
   - Total Value = 18,498,461.54 USD
1. **OPTION 2:**
   - SUMMARY = **$15M ETH + 492,307,692.31** ▇▇▇ **Tokens ($5M USD)**
   - For reference, **492,307,692.31** in ▇▇▇ Tokens at $.008USD/▇▇▇ = $3,938,461.54 in USD value
   - Total Value = 18,938,461.54 USD

**NEXT STEPS:**

1. ▇▇▇ send Steve notes
2. Agree on ETH/BTC Ratio
3. Agree on the MASTER SPREADSHEET w #'s
4. separate out of company to ▇▇▇ may be necessary
5. ▇▇▇ to take over the distribution of tokens to the Hubs

Warmly,