# ██████ Token Sale Update: "Selling Less Tokens"



Token

2017 · 4 min read

Summary: ██████ team has heard the feedback and advice from our Strategic Advisory Board who recently recommended that we sell less of the overall token supply at this time.

Dear ███████:

Thank you so much for being with us from summer into the fall on this ███████ Token crowdsale journey. I am personally so thankful for all of your support and thoughtful feedback along the way. I want us to continue this open dialogue together to make ███████'s journey over the years to come the best it can possibly be.

███████'s development to date has been largely built on open dialogue and continuous feedback from our dedicated community and highly-skilled experienced advisors. I want to personally show you, with the full support of the entire ███████ team, **the ███████ team is committed to open communication, transparency, and prudence.** Our team is strives to meet these principles every day.

This ███████ Token sale is about delivering immediate token utility to the community, and creating a path where people globally can earn anywhere, anytime, from any device. The ███████ team has heard feedback and advice from our Strategic Advisory Board (see the official website to see the list of who's on it!), who recently recommended that we sell less of the overall token supply at this time. We have been looking into **prudent measures to balance out the situation for everyone**, while also aggressively **doing all that we can to continue building great relationships with advisors, employees, partners, and most importantly, *you our community*.**

**Summary of important details for the upcoming ███████ Token Crowdsale on ████████████████ 2017 ████████:**



## Crowdsale Updates:

- Total number of tokens being sold on ███████████ 2017 is now 1,875,233,829.00 ██████ Tokens, which is 64,322 ETH worth of ████████

- Total number of tokens in circulation from the Crowdsale on ████ ██ is 3,375,749,921.00 STORM Tokens.

- Unsold Token supply of 2,325,649,071 ██████ Tokens (these will not be sold in the Crowdsale) will be added to the Company pool and will be voluntarily locked up for a period of 2 years.

- 1 ETH still is 26,950 ██████ Tokens (or 0.00003711 ETH is 1 ████████ Token).

- Because we are selling less tokens, this will effectively also lower the overall Crowdsale ETH that the Company will receive (FYI).

Assuming all tokens made available for purchase are sold (in both the private pre-sale and the Crowdsale), the Company's income is expected to be approximately 120,000 ETH.

**The Community Appreciation Sale Period is still the same:**

- The first sequential 945,000,000 ███████ Tokens sold will be available to the community on a first come first serve basis.

- The 100 ETH Cap per individual buyer also remains the same.

- The 15% bonus on these tokens is still the same.

- There is still no minimum to participate in both the Community Appreciation Sale Period and the overall Crowdsale.

- Those that have been registered and verified for the Community Appreciation Sale also get to participate first in the open public Crowdsale.

**Additional Crowdsale Logistics:**

- *** Registration for the Crowdsale will CLOSE on ████████████ at ██████. *** You must register and be verified BEFORE this date to participate.

- The official Crowdsale contract address will be revealed 24 hours in advance at ██████████████████ to give you time to prepare for the Crowdsale.

- The Crowdsale will follow *immediately* after the Community

- If the Community Appreciation period is done in 15 minutes, then the public Crowdsale begins at ███████████ .

- If the Community Appreciation period is done in 5 hours, then the public Crowdsale begins at ███████████

- *Be ready.* We will have a graphic on the official website letting you know when.

If you have any questions or thoughts on this update, please feel free to let me know directly anytime, or reach out to any of our team members, including ████, our COO. You can find us in the official ████████ Token Telegram channel ████████████████████████████████████████████ .

**Lastly, I want each of our ████████ community members to be safe.** Please be careful and bookmark the official stormtoken website ████████████████████████ . There are a lot of phishing attacks happening in the space at the moment with fake websites and links. Be sure to triple check any links, watch out for typos, and look especially for extra letters like "s", or "x", or "n" in links. Also make sure you update your settings in Telegram so strangers can't add you to a fake Telegram channel. The ████████ team will gladly help to make sure your settings are maximized to keep you safe. If you have any questions or concerns, don't hesitate to contact me, ████ or the ████████ team in the Telegram channel.

Sincerely,



Blockchain    Crowdsale    Cryptocurrency    ICO    Digital Currency