# Token Structure and CEO Update

███████████████████████

████████ Community Members,

As ███████████████████████ the ██████ Token Crowdsale looms, the █████ team is working around the clock to ensure that all questions and confusions are addressed clearly.

We recognize the confusion with regard to the limited private presale and the bonus tokens that accredited investors, advisors and strategic long term partners have received. The limited private presale was for accredited investors.

In this post we are providing the exact number of tokens allocated and the precise overall token structure. All of the staff allocation tokens will be earned over 4 years with a 1 year lock. This has been our way of demonstrating to all our supporters and to the entire crypto community that each of us is in this for the long term.

# Distribution Breakdown:



The new pie chart gives you extra visibility to the token structure. The total amount of tokens for the crowdsale is 4.2 Billion, not the previously stated 3.2B. The miscount resulted from the the 2.5 Billion

Company Inventory and the 1 Billion Incentivization User Supply buckets being included in the presale tokens.

Private presale bonuses were given to our earliest supporters of the project. The presale bonus given to the early investors is on average **53%**. All of the limited private presale bonus tokens have **a 90 day lock.**

Our early supporters took a chance by committing to join us as advisors and supporters before we had a whitepaper or a launch date. The ▮▮▮▮ team wants to ensure a wide distribution of tokens through both the presale and the crowdsale. **As our community has continued to grow (e.g. over 270,000 Monthly Active** ▮▮▮▮ **, 40,000 on the** ▮▮▮▮▮▮▮▮▮▮ **, 2,600** ▮▮▮▮▮▮▮▮▮▮ **, 1,800** ▮▮▮▮▮▮▮▮▮▮▮▮ **), we realize this is more important now than ever. The community has spoken with your numbers and your active involvement. And to this we are grateful.**

## Our Advisors:

Most of our advisors are equity holders in the company. They have been working closely with the team daily to ensure that they actively support us as we build a great product in ▮▮▮▮▮▮. We are extremely fortunate to have the support of top industry leaders in blockchain, gaming, technology sectors, and advertising. Each advisor of the team is a successful C-Level type executives, or a founder of a multi-million (and billion) dollar company. Their

continued engagement with our team each week will help us grow our existing user base of 270,000 monthly active users into the global company we strive to be and help us make our impact on how people all across the world are able to earn.

Additionally, we have signed contracts with some of the largest blockchain partners in the world. We are extremely excited and anxious to announce these great partnerships. Working alongside these great partners will help us expand to facilitate the mass adoption of ▮▮▮▮▮▮▮▮ as the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ platform focused ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in the world.

## Community Appreciation Sale:

If you have not signed up to participate in the Early Access Registration for the Community Appreciation Sale Period, please fill out the form in the link below. This is to ensure that our earliest community supporters are given the exclusive privilege of this early access period for both registration and token purchases. *This was open only* ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Community Appreciation Early Access Signup Link**

Those who fill out the form will have first access to the KYC process beginning at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and will have the ability to participate before the general public. The first 945,000,000 ▮▮▮▮▮▮▮▮ sold will be eligible for an additional 15% bonus. There are no locks on this allocation of tokens.

The structure of the ▮▮▮▮ crowdsale is to allow the early supporters first access. By signing up, you will be able to contribute at the Crowdsale, even if the Community Appreciation Period sells out.

Thank you so much for all of your support. It has certainly has been a crazy journey over the past 6 months. We could not be more excited to finally bring the ▮▮▮▮ Token and to truly make a global impact!

Best,

▮▮▮▮