**3:53**

< 52 Chats

last seen recently

> Hi Steven I don't have cell service in cayman. I was on WiFi at the airport but we'll call you when we get back to the airbnb asap  9:34 PM

> We are really worried now. We had a very clear agmt. I confirmed it.  9:35 PM

> I'm more worried. I looked at our email thread and 30k + 6k was what you had written too. I just landed and got your call and you understood it as 60k + 6k and logic doesn't make sense.  9:36 PM

> We definitely need to sort it ASAP so we'll call you as soon as we head back  9:37 PM

> It said after that we are even on presells  9:38 PM

> We just handed you a billion dollar company with ▮ alone and the global ceo is going to personally look after you and now this? I Could have done three deals during this timeframe. ▮ is livid. He put out to so many of his high level contacts.  9:40 PM

> Then what were we getting on the token sale doesn't make sense that you missed that crucial point  9:41 PM

> Hi Steven I responded on Skype. We're deploying the smart contract at the law firm right now  10:19 PM

Message