| | |
|---|---|
| **From:** | ▮ |
| **To:** | ▮ Steven Nerayoff; Steven N; ▮ |
| **CC:** | ▮ |
| **Sent:** | 11/6/2017 8:01:38 AM |
| **Subject:** | Steve + ▮ Deal |
| **Attachments:** | ▮.pdf |

Thanks guys.

Attached is what we agreed to this morning.

HUGS.



CONFIDENTIAL ▮014709