**Waiting for Steve to confirm**

| WHO | By When | ETH ADDRESS | STORM TOKENS | Simon Confirm | Sent? | | |
|---|---|---|---|---|---|---|---|
| Steve (Alchemist) | 12/15/17 | | 26950000 | | | | 26950000 |
| Steve (Alchemist) | 12/15/17 | | 26950000 | | | | 26950000 |
| Steve (Alchemist) | 12/15/17 | | 26950000 | | | | 26950000 |
| Steve (Alchemist) | 12/15/17 | | 26950000 | | | | 26950000 |
| Steve (Alchemist) | 12/15/17 | | 26950000 | | | | 26950000 |
| Steve (Alchemist) | 12/15/17 | | 26950000 | | | | 26950000 |
| Steve (Alchemist) | 12/15/17 | | 26950000 | | | | 26950000 |
| Steve (Alchemist) | 12/15/17 | | 26950000 | | | | 26950000 |
| Steve (Alchemist) | 12/15/17 | | 26950000 | | | | 26950000 |
| Steve (Alchemist) | 12/15/17 | | 26950000 | | | | 26950000 |
| Steve (Alchemist) | 12/15/17 | | 26950000 | | | | 26950000 |
| Steve (Alchemist) | 12/15/17 | | 26950000 | | | | 26950000 |
| Steve (Alchemist) | 12/15/17 | | 26950000 | | | | 26950000 |
| Steve (Alchemist) | 12/15/17 | | 26950000 | | | | 26950000 |
| Steve (Alchemist) | 12/15/17 | | 26950000 | | | | 26950000 |
| Steve (Alchemist) | 12/15/17 | | 26950000 | | | | 26950000 |
| Steve (Alchemist) | 12/15/17 | | 26950000 | | | | 26950000 |
| Steve (Alchemist) | 12/15/17 | | 26950000 | | | | 26950000 |
| Steve (Alchemist) | 12/15/17 | | 26950000 | | | | 26950000 |
| Steve (Alchemist) | 12/15/17 | | 26950000 | | | | 26950000 |
| Steve (Alchemist) | 12/15/17 | | 26950000 | | | | 26950000 |
| Steve (Alchemist) | 12/15/17 | | 26950000 | | | | 26950000 |
| Steve (Alchemist) | 12/15/17 | | 26950000 | | | | 26950000 |
| Steve (Alchemist) | 12/15/17 | | 20212500 | | | | 20212500 |
| Steve (Alchemist) | 12/15/17 | | 20212500 | | | | 20212500 |
| Steve (Alchemist) | 12/15/17 | | 20212500 | | | | 20212500 |
| Steve (Alchemist) | 12/15/17 | | 20212500 | | | | 20212500 |
| Steve (Alchemist) | 12/15/17 | | 20212500 | | | | 20212500 |
| Steve (Alchemist) | 12/15/17 | | 20212500 | | | | 20212500 |
| Steve (Alchemist) | 12/15/17 | | 20212500 | | | | 20212500 |
| Steve (Alchemist) | 12/15/17 | | 20212500 | | | | 20212500 |
| Steve (Alchemist) | 12/15/17 | | 20212500 | | | | 20212500 |
| Steve (Alchemist) | 12/15/17 | | 40425000 | | | | 40425000 |
| Steve (Alchemist) | 12/15/17 | | 40425000 | | | | 40425000 |
| Steve (Alchemist) | 12/15/17 | | 40425000 | | | | 40425000 |
| Steve (Alchemist) | 12/15/17 | | 40425000 | | | | 40425000 |
| Steve (Alchemist) | 12/15/17 | | 40425000 | | | | 40425000 |
| Steve (Alchemist) | 12/15/17 | | 40425000 | | | | 40425000 |
| Steve (Alchemist) | 12/15/17 | | 40425000 | | | | 40425000 |
| Steve (Alchemist) | 12/15/17 | | 40425000 | | | | 40425000 |
| Steve (Alchemist) | 12/15/17 | | 40425000 | | | | 40425000 |
| Steve (Alchemist) | 12/15/17 | | 40425000 | | | | 40425000 |
| Steve (Alchemist) | 12/15/17 | | 13475000 | | | | 13475000 |
| Steve (Alchemist) | 12/15/17 | | 13475000 | | | | 13475000 |
| Steve (Alchemist) | 12/15/17 | | 13475000 | | | | 13475000 |
| Steve (Alchemist) | 12/15/17 | | 13475000 | | | | 13475000 |
| Steve (Alchemist) | 12/15/17 | | 15975000 | | | | 15975000 |
| | | | **1350000000** | | | | |

Employees | Alchemist | PreSales | Bounty | Advisors | Investors | Black List | BLANK