█████████                                    ████████████████████████

12/3/17 3:35:14 PM EST

The president of ████████ and ████████!

12/3/17 4:05:29 PM EST

█████████████

Can get quote please?  Reach out direct?

12/4/17 2:51:07 PM EST

█████████████

1.35B of Alchemist/Steve tokens are eligible for Storm Drop.  We are in agreement.

12/4/17 2:51:26 PM EST

What about the other 900 million?

12/4/17 2:51:40 PM EST

That's locked up!  Jesus lol

12/4/17 2:51:48 PM EST

████████████



12/4/17 2:51:57 PM EST

Just give us the same

12/4/17 2:52:04 PM EST

You know we are killing our selves

12/4/17 2:52:17 PM EST

And we do happy feet dance

12/4/17 2:52:30 PM EST

█████████████

yup.  give me the addresses too before december 7th.  Presale address, and then also the Alchemist addresses.

12/4/17 2:53:01 PM EST

So 2.25 bullion eligible just need to give you all the addresses

12/4/17 2:53:09 PM EST

Billion

12/4/17 2:53:12 PM EST

Deal!

12/4/17 2:53:25 PM EST

But still trying to get buyers last two days!!

12/4/17 2:53:26 PM EST

… uh, no.  i said 1.35 billion eligible.

12/4/17 2:53:45 PM EST

Uh no I said it's fair bc those we are waiting on

12/4/17 2:53:50 PM EST



12/4/17 2:54:30 PM EST

Oh steve…  will chat w █████ and get back to you.

12/4/17 2:54:37 PM EST

█████ is now at lunch meeting and with folks.

12/4/17 2:54:46 PM EST

will call you back on that portion

12/4/17 2:55:06 PM EST

We are happy if you agree to it in full.  I'll use those tokens to take care of the same people

12/4/17 2:55:09 PM EST

we want to take care of you.  we also want to take care of company/ community.  give us a moment 

12/4/17 2:55:16 PM EST

And we don't sell!

12/4/17 2:55:17 PM EST

ok?

12/4/17 2:55:28 PM EST

I
Am community

12/4/17 2:55:29 PM EST

will get back to you.

12/4/17 2:55:36 PM EST

you are.  a very big community.  

12/4/17 2:55:38 PM EST

And family 

12/4/17 2:55:44 PM EST

more than family.  😊

12/4/17 2:55:58 PM EST

 

12/4/17 2:56:50 PM EST

I'm getting up at 6am on my birthday to meet global head of ▮ not just playing ▮▮▮ (though I'm starting to live it-hehe)

12/4/17 2:57:04 PM EST

we understand.  however, we need to think, and not just react emotionally.  give us a moment.  😊

12/4/17 2:57:07 PM EST

YOUR BIRTHDAY!???!?

12/4/17 2:57:11 PM EST

When's that?  Tomorrow?

12/4/17 2:57:13 PM EST

Yup

12/4/17 2:57:17 PM EST

22nd

12/4/17 2:57:22 PM EST

Birthday is 21st

12/4/17 2:57:26 PM EST

So can't party

12/4/17 2:58:07 PM EST

Everyone is happy this way.  Doesn't hurt anyone else.  Thank you.