7:46 PM

**Call** 54s

Tuesday, December 5, 2017

2:21 PM

You there?

Hi Steven just at the conference  ☺

2:58 PM

Concerned that all my tokens including the 900 million will be in the drop program. ▮▮▮ confirmed the 1.35 billion but said you would confirm the 900 million.  I'm creating addresses now.

Hi Steven sorry for the delay I was in a lunch meeting.  ☺

We did the best we can on this  ☺

Because it's based on proportion of tokens owned you would  ☺
definitely benefit the most out of anyone from the air drop already.

4:35 PM

**Call** 5m 25s