**From:** ▮
**To:** ▮ Steven Nerayoff; ▮
**CC:** ▮ michael@alchemist.com; ▮
**Sent:** 3/12/2018 11:21:21 PM
**Subject:** Re: ▮@alchemist.com Email

Confirmed – I'm

---

**From:** ▮
**Date:** Monday, March 12, 2018 at 5:47 PM
**To:** Steven Nerayoff <steven@alchemist.com>
**Cc:** ▮ "michael@alchemist.com" <michael@alchemist.com>, ▮
**Subject:** Re: ▮@alchemist.com Email

Got it.

Please both check your emails

▮

On Mon, Mar 12, 2018 at 8:26 PM, Steven Nerayoff ▮ wrote:
▮ please set one up for ▮ and ▮

Sent from my iPhone. Apologies for misunderstandings or typos due to the spell checker.

On Mar 12, 2018, at 3:59 PM, ▮ wrote:

Hi, Steve/▮

To keep the lines as clear and organized, and as effective as possible. I think it would be good to have all alchemist-related email that I touch, in alchemist world. Would you please set me up with an @alchemist email (more for internal purposes as I coordinate with ▮, etc...) – as that should not be mixed in with my ops work here at ▮ (also will help me help you help us all).

Confirm/Approve?

Thanks.

CONFIDENTIAL ▮_036090



CONFIDENTIAL _036091