| | |
|---|---|
| From: | ▮ |
| To: | ▮ |
| Sent: | 3/19/2018 2:52:19 PM |
| Subject: | Fwd: Invitation: Alchemist Daily Stand-up: ▮ @ Weekly from 4pm to 5pm on weekdays |
| Attachments: | invite.ics |

---------- Forwarded message ----------
From: ▮
Date: Tue, Mar 20, 2018 at 5:47 AM
Subject: Invitation: Alchemist Daily Stand-up ▮ @ Weekly from 4pm to 5pm on weekdays (UTC)
To: ▮

**Alchemist Daily Stand-up:** ▮ **)** ▮   *more details »*

| When | Weekly from 4pm to 5pm on weekdays Coordinated Universal Time |
|---|---|
| Calendar | ▮ |
| Who | ▮ |

Going? All events in this series:   **Yes**  -  **Maybe**  -  **No**   more options »

Invitation from Google Calendar
You are receiving this email at the account ▮ because you are subscribed for invitations on calendar ▮
To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.
Forwarding this invitation could allow any recipient to modify your RSVP response. Learn More.