# Thank You Message from Rep. Davidson



**Hammond, Ronald <Ronald.Hammond@mail.house.gov>**

Wednesday, October 10, 2018 at 11:14 AM

**To:** Steven@alchemist.com;
**Cc:** Ward, Kara M.; Burgess, Chase

Steven,

Below is a follow-up message from Representative Warren Davidson (OH-8) regarding the "Legislating Certainty for Cryptocurrencies" roundtable on September 25. Please be sure to give it a read.

On a personal note, I want to thank you for attending and participating at the roundtable. This event was a massive success and I have folks like yourself to thank for that. As I continue to work on this legislation with Congressman, please do not hesitate to reach out with thoughts, ideas, and concerns. I have included my contact information as well as my work cell phone number below.

Looking forward to working with you

Ron Hammond
Legislative Assistant
Rep. Warren Davidson (OH-8)
Ronald.Hammond@mail.house.gov
202-570-2561 (work cell)

Dear Steven,

Thank you for the insight and expertise you provided at our roundtable, "Legislating Certainty for Cryptocurrencies." The valuable input we received exceeded all expectations.

Blockchain technology applied to digital assets can transform the way companies of all sizes raise capital, complete transactions, fulfill contracts and more. The United States needs regulatory certainty that will allow this sector to thrive, innovation to flourish, and safeguard consumers from fraud. With your help we can end the broken status quo of uncertainty, regulation by enforcement, and patchwork court rulings.

As we work toward draft legislation, please continue to share you input with our office. Ron Hammond (Ronald.Hammond@mail.house.gov) will collect the information and as Legislative Assistant continue to serve as a primary contact for this project.

I sincerely appreciate your willingness to attend our roundtable. I look forward to working with all of you on getting this critical, light-touch, legislation signed into law as soon as possible.

Sincerely,

*Warren Davidson*

Warren Davidson
Congressman, OH-08