> Yes shark tank

> You would be such a great shark!

> I'm at a networking event right now working some magic to find some more connections for alchmeist as well

>> I prob wouldn't be that nice I can't stand stupid ideas or people



> Haha that's why you have me! :)

*3/20/18, 11:07 PM*

> Notes:
>
> ▮▮▮ to be in Korea April 7-8
> April 7: Joint meetup with ▮▮▮ (rent out big hotel venue)
> April 8: Meeting with ▮▮▮ and ▮▮▮
> ▮▮▮ to ping other investors in Korea as well.
>
> If these dates are confirmed I can start moving ASAP
>
> ▮▮▮ to get back to Steve regarding loan after projections are completed

> Ok ▮▮▮ is willing to meet April 8

>> Are they possible investors?

> Yes ▮▮▮ has a blockchain investing arm now

> But they're more like a traditional VC but regardless they're connected with everyone in Korea

> It'd be a good meeting

*3/21/18, 1:09 AM*

>> Cool

>> We have to figure out the ▮▮▮ issue

>> I think I have a solution

What ▉ issue?

Hey

The issue with my non locked up tokens

There's no way to distribute it out...

People are constantly watching

We had an agreement

We're already at risk because of the presale







>> We purchase them at market

Steve your risking your entire investment

>> No

There's no one that even comes close to you

I don't even own any ▮

None of the founders even

*3/21/18, 1:20 PM*

>> Hey ▮
>> You there?

*3/23/18, 8:02 PM*

Are you witnessing the magic of Korea?? ▮ ▮

And Korea is just waking up now

We might break a Guinness world record!!

>> Holy shit!

💃

>> Where is this going!?

We might break a record ▮

▮

We already surpassed ▮ when they were sleeping

*3/23/18, 9:58 PM*

>> Is any of this volume the market makers?

$0