- Cayman

## Trial Balance

**As of December 31, 2017**



| | |
|---|---|
| **50300 Cost of Goods Sold:Tokensale Consultant Expense** | **153,409,111.90** |