3/21/18 10:27:23 AM EDT

[redacted]: Says it's not competitor - [redacted]

3/21/18 10:29:51 AM EDT

[redacted] [redacted message]

3/21/18 11:05:44 AM EDT

[redacted]: Where y'all at?

3/21/18 11:05:52 AM EDT

[redacted]: here

3/21/18 11:10:37 AM EDT

Me: Then can we combine with appnanna

3/22/18 10:16:09 PM EDT

[redacted]: wanted to connect today.  Forgot - just remembered.

3/23/18 10:22:47 AM EDT

[redacted]: Gonna head out now.  See you sometime....

3/24/18 7:48:22 AM EDT

Me: Make it home ok?  Wow, look at this volume!

3/24/18 7:49:48 AM EDT

Me: I should take advantage of this while the volume is crazy and get a little liquidity.  Let's discuss...don't want to upset anything as long as we are on the same page,

3/27/18 12:20:16 PM EDT

> he's in meeting w you. So not calling you too. 😜

3/28/18 1:44:05 AM EDT

> just got here. Trying to call.

3/28/18 2:06:49 AM EDT

> Call me

3/28/18 12:36:19 PM EDT

> Hey ready?

3/28/18 12:36:30 PM EDT

> Have ledger - trying to confirm.

3/28/18 12:42:20 PM EDT

> Confirm?

3/28/18 12:51:27 PM EDT

> How many tokens are in the user pool in total?

3/28/18 12:54:22 PM EDT

> Left before Steve surplus?

3/28/18 12:56:26 PM EDT

> surplus = 484m tokens

3/28/18 1:03:37 PM EDT

> My only issue is the total amount of collateral should be what I could have sold it for last week. So I'll come up with a different collateral amount. None of it should matter since I wouldn't sell into those before a merger. But it was between ▮▮. It's just a matter of fairness. In the end I want the tokens not the ether but it needs to be fair. It's about 70 million should be as collateral. It's a right thing but practically it won't matter. You understand how I operate it's about what is right and what was promised. So 350 million is way less than I would have received but I'm willing to find a medium. I would have sold last week so that average which I am saying is about ▮ cents is what will be kept as collateral. My intent is to get all the tokens but we have to write it properly up front and given the merger none of this will matter anyway.

3/28/18 1:31:01 PM EDT

Had to read a few times. I think I understand

3/28/18 1:32:16 PM EDT

Clarify please.

3/28/18 1:33:00 PM EDT

We send 10,000 ETH as "loan". We have 70,000,000 tokens as collateral.

Correct?

3/28/18 1:48:27 PM EDT

Confirm?

3/28/18 1:48:59 PM EDT

> One sec

3/28/18 2:14:33 PM EDT

Have to head to airport in 45. Likelihood you call us soon?

3/28/18 2:15:33 PM EDT

> Send the 10K ether now?

3/28/18 2:15:47 PM EDT

> We need to convert it to BTC.

3/28/18 2:15:56 PM EDT

> Can you do that on the plane?

3/28/18 2:16:46 PM EDT

We can do it.  I just have to give the directions. It will get done.  Just need confirmation on address.

3/28/18 2:35:10 PM EDT

> Don't forget we promised $500k-$1.5 million to the documentary.

3/28/18 2:37:06 PM EDT

> Need appointments for investors and joint venture (like with ▮▮▮▮) for April 7-9

3/28/18 2:40:15 PM EDT

> Micropayments Playform

3/28/18 2:41:31 PM EDT

> ▮▮▮▮ announcement

3/28/18 2:52:40 PM EDT

Got ▮▮▮▮.

3/28/18 2:52:51 PM EDT

Got meetings setup for Korea.

3/28/18 2:53:07 PM EDT

Working on ETH send.

3/28/18 3:10:16 PM EDT

Sent

3/28/18 3:16:18 PM EDT

Confirm?

3/28/18 3:31:57 PM EDT

hey. its ▮. i see it in there

3/28/18 3:32:12 PM EDT

Ok.  Thanks for confirming.

3/30/18 9:17:36 PM EDT

Hey

3/31/18 1:54:08 PM EDT



3/31/18 1:54:08 PM EDT

Hey.

Having major kid time today.

3/31/18 2:09:07 PM EDT

😮

3/31/18 2:09:12 PM EDT

Adorable

3/31/18 2:09:34 PM EDT

We are getting the press release and it's going to be better than ever

3/31/18 2:09:47 PM EDT

[redacted] Tokens accepted on [redacted]

3/31/18 2:09:53 PM EDT

Think what else we can find

3/31/18 2:09:55 PM EDT

Do

3/31/18 2:09:59 PM EDT

Talk to [redacted]

3/31/18 2:10:06 PM EDT

[redacted] obviously

3/31/18 2:16:26 PM EDT

Can we get an MOU signed (partnership) or something like an IO [redacted]) too?

3/31/18 2:16:29 PM EDT

Will do.

4/7/18 8:48:36 AM EDT

Trying to figure out how and when we meet up Sunday and Monday and Tuesday.