**From:** ▮

**Participants:** ▮ Steven Maple VC
▮

**Status:** Read

**Timestamp: Date:** 4/3/2018 3:54:39 PM

---

Can I book that (haven't booked hotel yet - no time for admin stuff these days) via Alchemist ▮? ▮ also gave me a card, but I've been shy about using it without checking with you first.

CONFIDENTIAL ▮_036152