**From:**

**Participants:**          Me (owner)
                          Steven Maple VC

**Status:**      Read

**Timestamp: Date:** 4/3/2018 3:50:13 PM

Need to know your/Mike's preference on where I stay - I haven't booked hotel yet.  Near you or near ▮▮▮ ?  Miss you!!!

CONFIDENTIAL