Case 1:20-cr-00008-MKB   Document 105-36   Filed 02/13/23   Page 1 of 2 PageID #: 770

DOJ-000005927

**ANDREW CROPSHIRE:** It is Thursday, June 21st at 4:30 pm Pacific Time. This is Special Agent Andrew [PH] Cropshire with Supervisory Special Agent Ethan [PH] Vie. We're here to record a phone call with JANE DOE and [PH] Michael Peters. I'm now hold -- handing the phone over to JANE DOE so she could call him.

**JANE DOE:** [INDISCERNIBLE] volume. I can't call.

[00:01:00]

**MICHAEL PETERS:** Hey.

**JANE DOE:** Hey. Sorry to call --

**MICHAEL PETERS:** How are you? How's -- no, that's all right. How's being single mom?

**JANE DOE:** It's rough. I was not meant to be single mom. Thankfully, I'm not a single mom, normally, but it's hard.

**MICHAEL PETERS:** I know, I know. It's crazy. It's actually one of the things I feel most guilty about with my divorce because, then, even though our relationship fell apart, the fact that she had to -- the fact that she does single mom stuff is just a little tough.

**JANE DOE:** Yeah, I was educated for the career stuff just -- no one's taught me how to be the mom and wife stuff very well.

**MICHAEL PETERS:** When did they come home?

**JANE DOE:** He came home, like, at 2:00 am last night. And, so, this morning, I still had to do single mom stuff because he was still tired from his trip.

[00:02:00]

**MICHAEL PETERS:** Got you. Got you. Got you. So, what's up? You seem like you had --

**JANE DOE:** Yeah, so -- well, we had our chat, which has kind of been on my mind since then. And JOHN DOE's now officially back from Korea.

**MICHAEL PETERS:** Yep, yep.

**JANE DOE:** And I told him that this acquisition would probably have to happen and started walking him through what this -- the process of what might have to happen, and I don't think we're all on board. Like, I know I asked you a lot of questions before, but --

**MICHAEL PETERS:** Yeah.

1

DOJ-000005927

**JANE DOE:** Yeah.  I don't think we want to do this.  This doesn't -- it doesn't really make sense.  You know?

**MICHAEL PETERS:** Yeah, yeah.  Well -- well, like I said, I mean, it just is -- it'll be okay.

**JANE DOE:** What do you mean, It'll be okay?

**MICHAEL PETERS:** We'll -- let's make it make sense.

**[00:03:00]**

**JANE DOE:** But we don't think any part of it makes sense.

**MICHAEL PETERS:** Yeah --

**JANE DOE:** Like, we don't want to do it, and you said we have to.  So, like, I'm trying to tell you, Let's not do it.  You're laughing, but I'm serious.

**MICHAEL PETERS:** No, I know.  I know.  I know.  I know.  I'm laughing for a bunch of reasons, and none of them are good.  But let me call you in about a half hour.  Okay?

**JANE DOE:** Half hour?

**MICHAEL PETERS:** Yeah.

**JANE DOE:** Okay.

**MICHAEL PETERS:** Okay.

**JANE DOE:** Okay.

**MICHAEL PETERS:** All right.  Bye.

**JANE DOE:** Okay.  Bye.

**ANDREW CROPSHIRE:** It is June 21st of 2018.  It's 4:34 pm Pacific Time.  This is Special Agent Andrew Cropshire with Supervisory Special Agent Ethan Vie and the phone call between JANE DOE and -- JANE DOE and Michael Peters has ended.

**[00:04:02]**