DOJ-000005930

**ANDREW CROPSHIRE:** … 2nd, 2018 at approximately 7:10 in the morning Pacific Time. It's SA Andrew Cropshire and SSA Ethan Vie with JANE DOE, about to call Michael Peters. I'm handing the phone to her now.

**JANE DOE:** What?

**VOICEMAIL:** Hi, this is Michael. I'm unavailable right now. Please leave a message at the tone. I will call you back as soon as I can. Thank you --

**ANDREW CROPSHIRE:** It's Friday, June --

[PHONE RINGING]

[00:01:00]

**JANE DOE:** Hey. Mike. Mike? Hello --

[APPARENT SIDE CONVERSATION, POSSIBLY THE RESULT OF ACCIDENTAL DIAL TO JANE DOE]

**MICHAEL PETERS:** [INDISCERNIBLE] oh, no. Did you get the money?

**MALE 3:** Yeah.

**MICHAEL PETERS:** Oh. I mean, I -- okay, so -- unless that conversation was him and him what we're doing [INDISCERNIBLE] then don't do it. All right. So, I'm just going to call right out of it, to confirm that I did everything on my end.

**JANE DOE:** Hello?

[00:02:00]

Should I try and call him back? Should I call him back? Or he'll call back.

[PHONE RINGING]

[00:03:00]

**MICHAEL PETERS:** I'm literally in the bathroom. I will call you right back.

**JANE DOE:** Okay.

**MICHAEL PETERS:** Bye.

**JANE DOE:** Bye.

1

DOJ-000005930

**ANDREW CROPSHIRE:** For the purpose of the recording, can you explain what happened after you called the first time?

**JANE DOE:** It looked like it was a butt-dial, and it seemed like there was someone talking in the background. And I wasn't sure if he was trying to have me listen, or if he was -- mistakenly had called me.

**ANDREW CROPSHIRE:** Okay. And did you hear Mike's voice? Was it Mike?

**JANE DOE:** No, it wasn't Mike's voice. It was Steven's voice in the background.

**ANDREW CROPSHIRE:** Oh, okay.

**JANE DOE:** So, then, I just redialed that number and it was Mike, and he's in the bathroom.

[00:04:00]

**ANDREW CROPSHIRE:** Okay.

[00:05:00]

[PHONE RINGING]

[00:06:00]

**JANE DOE:** Mike?

**MICHAEL PETERS:** Yeah. Literally, you called when I was just going pee.

**JANE DOE:** Oh, thanks for letting me know.

**MICHAEL PETERS:** No problem. That's what friends are for.

**JANE DOE:** Awesome.

**MICHAEL PETERS:** Wow. I'm going to un-ring this bell for you today. I need a few more hours. That's what I'm telling you. But I just don't want you to worry.

**JANE DOE:** Okay.

**MICHAEL PETERS:** But I will take care of it. I promise.

**JANE DOE:** Can we just get in-sync?

**MICHAEL PETERS:** All right.

2

**JANE DOE:** Can we just get in-sync? What are we taking care of?

**MICHAEL PETERS:** Everything you want. I'm trying to un-ring many bells for you, so -- all right?

**JANE DOE:** Like the loan, the ████, the --

**MICHAEL PETERS:** Everything, everything, everything.

**JANE DOE:** So, what does that mean? Because, then --

**MICHAEL PETERS:** I'll call you in a few hours -- I'll call you in a -- what's that?

**JANE DOE:** What does that mean, though? Like, because –

[00:07:02]

**MICHAEL PETERS:** You told me what you wanted, and I'm going to make it happen. Okay?

**JANE DOE:** But are --

**MICHAEL PETERS:** You just got to give me a little bit of time. All right?

**JANE DOE:** Just so we're on the same page, does that mean we're going to be in trouble, because you said -- nope, he hung up.

**ANDREW CROPSHIRE:** It's Friday, June --

[PHONE RINGING]

**JANE DOE:** I was wondering if you hung up on me.

**MICHAEL PETERS:** No, I -- no, it wasn't a dramatic hang-up; I moved my head to the left, and it hung up. I'm not that dramatic.

**JANE DOE:** Okay. Because I was like, What is -- what -- now I'm all very worried.

**MICHAEL PETERS:** No, don't worry. Don't worry. It's just going to take me a few more hours to un-ring this bell. We need to have this thing happened in Rhode Island, be a slam dunk. And then it should be easy to [PH] list of just what that one [PH] pearl; we give them that back; we, you know, you still have a bajillion tokens; --

[00:08:00]

-- and just let them -- leave them be on their own.

3

**JANE DOE:** Okay. But, then, you --

**MICHAEL PETERS:** So, and I'm -- got him almost there --

**JANE DOE:** -- but last time you saw me, you said, like, this is -- you don't have a choice, you know? You'll be destroyed, et cetera, et cetera. Gloom and doom. You know?

**MICHAEL PETERS:** I'm trying to be -- I'm trying to make -- I'm trying to fulfill your wishes. Okay? And I can do it because I've had some thinking time.

**JANE DOE:** You've had some thinking time? But Steve's your client --

**MICHAEL PETERS:** Yes.

**JANE DOE:** -- and you told me you guys were BFFs and you were going to make his wishes come true.

**MICHAEL PETERS:** Well, I've had some thinking time. So, okay? You just got to trust me that you won't be destroyed.

**JANE DOE:** I won't be destroyed.

**MICHAEL PETERS:** And everything'll be okay.

**JANE DOE:** But you're not -- are you --

**MICHAEL PETERS:** You won't be destroyed.

**JANE DOE:** Steve won't be destroyed -- Steve won't do it, either, or --

**MICHAEL PETERS:** No, no. Nobody's being destroyed. Okay?

[00:09:00]

**JANE DOE:** Okay.

**MICHAEL PETERS:** All right. I'll talk to you in a few hours. I promise. All right. Bye.

**JANE DOE:** Okay. Bye. He's being weird.

**ANDREW CROPSHIRE:** It's Friday, June 22nd, 2018, at approximately 7:19 pm Pacific Time. It's SA Andrew Cropshire, SSA Ethan Vie and we are turning off the recording.