DOJ-000005932

**JANE DOE:** -- like today, yesterday.

**ANDREW CROPSHIRE:** It's November 21st, 2018, at 9:54 am Pacific Time. Special Agent Andrew Cropshire with the FBI, Special Agent [PH] Jewel Martini with the FBI, JANE DOE, Harold Malkin and [PH] ▓▓▓ are present. And JANE DOE is about to call Michael Peters on her phone.

**MICHAEL PETERS:** Hello, lady.

**JANE DOE:** Oh, sorry. Everything moves slower when you're pregnant.

**MICHAEL PETERS:** What's that?

**JANE DOE:** Everything moves slower when you have a belly. Sorry about that.

**MICHAEL PETERS:** Oh, how's it going? How far along are you?

**JANE DOE:** Four more months to go, so --

**MICHAEL PETERS:** Okay. How you feeling?

**JANE DOE:** Generally okay.

[00:01:00]

Mostly -- mostly more tired. I sleep, now, 10 hours a night.

**MICHAEL PETERS:** Yeah, how's ▓▓ -- how are you -- how's ▓▓ doing?

**JANE DOE:** ▓▓'s good, other than being pissed off at ▓▓, but --

**MICHAEL PETERS:** What happened? Do you even know what happened?

**JANE DOE:** No, I don't. I came in -- Monday morning, 7:30 am, and that was it. There was JOHN DOE, ▓▓▓, and a lawyer, and they let me go, no explanation. No severance, nothing. Just, Bye-bye.

**MICHAEL PETERS:** Have you had any contact with JOHN DOE since then?

**JANE DOE:** No, none at all whatsoever. Remember, we're pissed.

**MICHAEL PETERS:** No, I know you're -- Jesus ch'rist. He's -- he's completely not talking to anybody right now.

**JANE DOE:** JOHN DOE?

1

DOJ-000005932

**MICHAEL PETERS:** Yeah.

**JANE DOE:** Okay. Why, because you're trying to call him?

**MICHAEL PETERS:** Yeah, Steven will -- yeah, yeah, yep. I've been trying to call -- he stopped talking to me right around the same time he let you go.

[00:02:01]

**JANE DOE:** Oh, really?

**MICHAEL PETERS:** Yeah, I know. So, Steven needs to rewrite -- Steven wants to rewrite his deal. I don't know about what, but -- so, Steven and I have unraveled.

**JANE DOE:** Yeah, he called again, and I answered, and he was saying, like, he was talking about the acquisition. I was like, There's no acquisition, as far as I know. I mean, maybe there has been one in the last couple months --

**MICHAEL PETERS:** Yeah, yeah. Yeah.

**JANE DOE:** Yeah.

**MICHAEL PETERS:** Yeah. We -- he and I unraveled completely, because I hit a stone wall and I got beat by whoever outmaneuvered me with JOHN DOE that got rid of you and got rid of --

**JANE DOE:** Oh.

**MICHAEL PETERS:** So, yep. Yep. So, Steven, that one time, I mean, the other day, he accused me of taking the company and his tokens myself. I'm like, What are you talking about?

[00:03:00]

First off, the reality is, even if I -- I wouldn't know what to do with tokens if I had them. So, I don't think he and I are going to be on speaking terms for a while. And JOHN DOE avoiding everything isn't good. So, anyway -- so, I just wanted to see what was going on with you, if you knew of anything that was happening?

**JANE DOE:** No, I've been ejected out, you know? They hit the Eject button.

**MICHAEL PETERS:** Yeah, yeah. So, what have you been doing?

**JANE DOE:** Well, making house ready, looking for more baby products, trying to figure out where to put the baby when it comes.

**MICHAEL PETERS:** Yeah.

DOJ-000005932

**JANE DOE:** My ▇▇▇, so it's been a sad part, trying to just keep her -- keep her going. I cook dinner every night --

**MICHAEL PETERS:** And what are doing for work?

**JANE DOE:** Huh?

[00:04:00]

**MICHAEL PETERS:** What are you thinking about doing for work?

**JANE DOE:** Not sure. It's kind of hard to start a job as anything right now when I'm telling them I have four months of work and then I have three months of maternity leave coming up.

**MICHAEL PETERS:** Right, right.

**JANE DOE:** It's a tough place. And, then, you know, you're in the holiday season. And people don't typically hire in November, December, January. So, I've been --

**MICHAEL PETERS:** Yeah. Yeah.

**JANE DOE:** It's a s****y place where, like, ▇▇▇ --

**MICHAEL PETERS:** Yeah. Yeah, like I said, he stopped talking to me at the exact some time, and everything just unraveled.

**JANE DOE:** But he wasn't always talking to you. You were talking to him through me. Right? Were you guys talking together directly?

**MICHAEL PETERS:** Mostly through you and, then, he reached out to me a couple times and we were talking directly.

**JANE DOE:** Hmm.

**MICHAEL PETERS:** Yeah. But I had no idea what was happening with you. I had no idea what was happening.

**JANE DOE:** What'd he reach out to you about, just for my own curiosity?

**MICHAEL PETERS:** About --

[00:05:00]

-- out of your own curiosity? About the acquisition. He was very excite -- he wanted to do it.

3

DOJ-000005932

**JANE DOE:**  He reached out to you about the acquisition?  When?

**MICHAEL PETERS:**  After the last time we were together in Seattle.

**JANE DOE:**  So, like, end of August?

**MICHAEL PETERS:**  It seems about right.  When you asked me to try to get the Ether back from Steven.

**JANE DOE:**  Yeah, yeah.  So, like, we met in August.  Right?

**MICHAEL PETERS:**  I think so.  Yeah.  Yeah.

**JANE DOE:**  Huh.

**MICHAEL PETERS:**  Oh.  Very crazy.  Very, very crazy.  But someone outplayed me there.  I don't know who.  But somebody played me.

**JANE DOE:**  But that's weird, because he was telling me that he didn't want an acquisition.

**MICHAEL PETERS:**  Yeah.  I think he played everybody.  I think he had a money guy.  From what -- I mean, again, I'm doing this with zero information.

**JANE DOE:**  Yeah.

**MICHAEL PETERS:**  You know, doing this with zero -- just guessing.  I think he had a money guy coming in and he was trying to --

**[00:06:00]**

-- keep everybody stalled and going along and that's the reason you were let go and that's the reason why he hasn't said, Boo, to me.

**JANE DOE:**  Hmm.  So, are you still working for -- but you're still -- you're with the company.  If you're not longer BFFs with Steven, then, you're still working for that Knights of Templar consulting thing.

**MICHAEL PETERS:**  I -- yeah, I still do some work for them.  I mean, I never left them completely with Steven.  I could, you know -- I could -- because I still do a little bit for them now and again.

**JANE DOE:**  You still do the CIA stuff, too?

**MICHAEL PETERS:**  I haven't done anything with that in a long, long time.  That was, I mean, I use my contacts to do stuff.  You know, I use my contacts and my friends.

4

DOJ-000005932

**JANE DOE:**  They probably have projects for -- that you could ask for if you wanted.

[00:07:00]

**MICHAEL PETERS:**  I don't know.  I'm trying to, first and foremost, salvage my relationship with Steven, even if we don't work together.  I don't want him thinking that I tried to screw him.

**JANE DOE:**  Yeah.  I don't think you were trying to screw him at all, so --

**MICHAEL PETERS:**  No.

**JANE DOE:**  -- that's weird.

**MICHAEL PETERS:**  No.  No.  No.

**JANE DOE:**  You can't have your, like, CIA, FBI guys pay Steve a visit and be like, Steve, Mike is cool.  Take our word for it.

**MICHAEL PETERS:**  No, it doesn't quite work that way.  But, you know.

**JANE DOE:**  No?

**MICHAEL PETERS:**  No.  No, not so much --

**JANE DOE:**  Because Steve would be like, Yes, okay.

**MICHAEL PETERS:**  Yeah.  No, not so much.  Doesn't work that way.  Doesn't work that way . I didn't do a lot of upstanding things in my job, in my work, so --

**JANE DOE:**  As CIA?  Aren't you supposed to be, like, the good guy --

**MICHAEL PETERS:**  Yeah.

**JANE DOE:**  -- protecting the world, helping the little guy, getting rid of the bad guys.

**MICHAEL PETERS:**  No, not so much.  I worked for a guy who -- and I fulfilled his wishes, sometimes good, sometimes bad.

**JANE DOE:**  So, he was, like, a bad CIA guy?

**MICHAEL PETERS:**  No, he was -- no, I mean --

[00:08:00]

-- I don't know.  I don't know.  I wouldn't really say good or bad, but he wasn't in at that point, anymore, anyway.  So --

5

**JANE DOE:** Sort of like the movies.

**MICHAEL PETERS:** A little bit. Little crazy, but -- anyway -- all right. All right. So, I was just curious that you've had no contact with JOHN DOE. Huh?

**JANE DOE:** No, no. Remember, he didn't even say, Thank you. I was his COO, helped his raise, you know, a s*** f***ing ton of money that he never would have on his own --

**MICHAEL PETERS:** Yeah. Right.

**JANE DOE:** -- helped him grow a company, recruit executives that no one wanted to work for him. Everyone's like, What the f*** is wrong with that guy? He looks like he has, you know, Asperger's.

**MICHAEL PETERS:** Yeah, yeah, Who is this little kid that doesn't say anything, that's actually emailing his wife about [PH] stealing the money from the company.

**JANE DOE:** So, Steve mentioned that. Like, what are you talking about?

**MICHAEL PETERS:** Yeah, see, the whole thing from the get-go was a money grab that he was just going to steal the dough.

**JANE DOE:** [PH] Steal what?

[00:09:00]

**MICHAEL PETERS:** To do what? I think just to run away. I don't think he ever expected ▇ to be a real company. I don't think he expected ▇ to actually -- I think he expected it to raise the money and then do nothing.

**JANE DOE:** Then why have a COO? I guess that's why he got rid of the COO?

**MICHAEL PETERS:** Maybe. I mean, that could be part of it. I don't know. I'm flying blind here.

**JANE DOE:** Where'd you hear that from?

**MICHAEL PETERS:** Just some -- some people, just some inside stuff.

**JANE DOE:** What kind of people, like Steve? Or [PH] ▇? Are you talking to ▇, too?

**MICHAEL PETERS:** No, not -- ▇ who? ▇ --

6

DOJ-000005932

==**JANE DOE:** So -- yeah, when I talked to Steve, like, a -- I don't know -- like, a day or two -- I don't even know what day it is anymore -- he mentioned that he was talking to ▆ next. And I was like, Why are you talking to ▆?==

==**MICHAEL PETERS:** Yeah, no. I had no contact with ▆ at all. Interesting.==

**JANE DOE:** Huh. Okay.

[00:10:00]

So, then, at least -- at least with you I'm off the hook and Steve, off the hook, because I'm no longer part of ▆. Right? Are we all on the same page?

**MICHAEL PETERS:** Yeah. Yeah. Yeah. Yeah. Absolutely, lady. So --

**JANE DOE:** Okay.

**MICHAEL PETERS:** All right.

**JANE DOE:** Huh.

**MICHAEL PETERS:** Well enjoy baby soon-dom.

**JANE DOE:** Yeah.

**MICHAEL PETERS:** And all that good stuff. Are you having a boy or girl? Do you know yet?

**JANE DOE:** It's a boy. I'm a momma of boys. Can't you tell? I'm going to raise them to be a strong, honorable, respectable, respectful young men.

**MICHAEL PETERS:** Good. That means you have to beat them.

**JANE DOE:** Oh, they're not going -- right now, they're just getting loved.

**MICHAEL PETERS:** So --

**JANE DOE:** Yeah.

**MICHAEL PETERS:** All right. All right. I was just curious. Well --

**JANE DOE:** Yeah, I'm curious, too. If you hear anything, please let me know, and --

**MICHAEL PETERS:** I will. Same thing. Same thing. Give me a shout if you hear anything.

[00:11:00]

7

DOJ-000005932

**JANE DOE:**  And say hi to [PH] Marianna.  Hope you guys are all okay.

**MICHAEL PETERS:**  Yeah, yeah.  Awesome.  All right.  Thanks.  I'll talk to you later.

**JANE DOE:**  Bye.

**MICHAEL PETERS:**  Bye-bye.

**ANDREW CROPSHIRE:**  It is 10:05 am Pacific Time on November 21st, 2018.  I'm shutting off this recorder.