DOJ-000005935

**MICHAEL HLADY:** [PH] MICHAEL HLADY.

**JANE DOE:** Hey.

**MICHAEL HLADY:** Hello? How are you?

**JANE DOE:** Hey. Got a little cold.

**MICHAEL HLADY:** You got a cold?

**JANE DOE:** Got a little cold. How are you?

**MICHAEL HLADY:** I'm actually well. I have some really, really good news; some really, really interesting news; and some really, really bad news. We'll go from the bad first. One of my former teammates they found dead. So, that's why I've been kind of frazzled from middle of the week on, from, like, you know, Thursday of last week.

**JANE DOE:** Oh.

**MICHAEL HLADY:** They found him shot in the head, so that's been a little --

**JANE DOE:** Oh, Jesus. I'm so sorry. Are you okay?

**MICHAEL HLADY:** Yeah, so, I'm actually --

**JANE DOE:** Oh, my God.

**MICHAEL HLADY:** Yeah, I'm okay. I'm really compartmentalizable. I don't know if that's a word but screw it, I'll use it anyway. I'm really -- like, I have some laser-focus things I need to accomplish because of that.

[00:01:00]

I'm actually driving to see him mom right now and talk to his mom a little bit.

**JANE DOE:** Oh, God. I'm so sorry.

**MICHAEL HLADY:** Yeah. So, that kind of sucked. We are -- here's one for you. Here's the good news now --

**JANE DOE:** Okay.

**MICHAEL HLADY:** -- and this thing's just between -- this stays just between you and me. [PH] Marianna and I got married.

**JANE DOE:** Oh, my God. Congratulations. That's amazing.

1

DOJ-000005935

**MICHAEL HLADY:** Yeah. Yeah. We wanted to formalize our life and our relationship as we plan the move ▓▓▓▓▓▓ --

**JANE DOE:** Uh-huh.

**MICHAEL HLADY:** -- and everything. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ --

**JANE DOE:** Uh-huh.

**MICHAEL HLADY:** -- because they're still getting to know her, if this makes sense -- that makes sense. So, her and I, we did -- we just said, screw it; let's just do this. So, we just did this. Yeah. So –

[00:02:00]

**JANE DOE:** That's awesome. Congratulations. So, then, you're doing a honeymoon or something?

**MICHAEL HLADY:** We are. We are. We're -- you know, we're taking a couple of days, actually, the end of this week while they all go to Turks and Caico -- I'm actually doing my horrible duty now, then turning around, driving home and, when they go to Turks and Caicos, then Marianna and I are going to go -- we're not going to ▓▓▓▓▓▓ . I have no desire to do that whatsoever.

**JANE DOE:** But you're going to be there, so you might have to.

**MICHAEL HLADY:** No, we're not. No, no. We're not. We're actually going to someplace different. We're going to head out to California, actually, and spend some time in the wine country.

**JANE DOE:** Oh. That's even better.

**MICHAEL HLADY:** Yeah. Yeah. So, all that is -- yeah, so that's why -- that's what we've been -- what her and I have been doing, so that's why I have been out of pocket with you for a couple -- you know, for a week, so --

**JANE DOE:** Like, forever.

**MICHAEL HLADY:** On -- well, yeah. Two weeks. It's been -- you know, it's been a whirlwind two weeks.

**JANE DOE:** Yeah, that's a lot going on for you. Lots of big life stuff.

[00:03:05]

DOJ-000005935

**MICHAEL HLADY:** Yeah. Yeah. Yeah. You know, locking up ▬▬▬▬, as well, getting that secured and done; you know, planning Phase B of all this; and I can promise you, you can take this one to the bank, and I'll say that for the first time, that mid-next week, no later than Wednesday, you'll have your Ether plus the interest back. Steven is selling something and I'm not giving him a chance to do something else with it, so that's that --

**JANE DOE:** Okay. [INDISCERNIBLE] really long time. So, Wednesday next week?

**MICHAEL HLADY:** Yeah. Yeah. So, how are things -- now are you pregnant?

**JANE DOE:** No, I'm not pregnant.

**MICHAEL HLADY:** Oh, I'm sorry. That sucks.

**JANE DOE:** Yeah. It's okay. Might be end of road for me on the baby-making, but it is what it is –

**[00:04:04]**

**MICHAEL HLADY:** [INDISCERNIBLE]?

**JANE DOE:** Yeah, we'll see. I'm trying not to think too much about it.

**MICHAEL HLADY:** Yeah. Yeah.

**JANE DOE:** Yeah.

**MICHAEL HLADY:** So, are you going to that -- I guess there's some big thing in Korea?

**JANE DOE:** I am not going to that. Traveling's really hard on me, so our young and sprightly CEO, JOHN DOE, will be headed to Korea shortly.

**MICHAEL HLADY:** Got you. Got you. So, yeah. I don't know -- I don't think any -- I think ▬▬▬ is going from us. I think that's it. I think just ▬▬▬ is going from Alchemist.

**JANE DOE:** ▬▬▬▬▬?

**MICHAEL HLADY:** Yeah, yeah.

**JANE DOE:** Okay. So, Alchemist is going okay?

**MICHAEL HLADY:** Oh, there's a -- ah, no.

**JANE DOE:** No?

3

DOJ-000005935

MICHAEL HLADY: No. I mean, it is, but it's not. It is what it is, and it will always be what it will always

[00:05:00]

[INDISCERNIBLE]. It is what it is and it will always be what it will be.

JANE DOE: Okay.

MICHAEL HLADY: You know, which is the Steven show.

JANE DOE: All right.

MICHAEL HLADY: And that doesn't work for me. So, [INDISCERNIBLE] project and --

JANE DOE: So, you're --

MICHAEL HLADY: Yeah, yeah.

JANE DOE: So, this is it for you, then. You're stepping out.

MICHAEL HLADY: Once you get yours -- once you get yours, once the [PH] dumb project is funded, once couple of other little pieces of the puzzle are put together, Rhode Island is done, the governor signs the bill, announces, you know, the governor -- the governor does what she'll do in Rhode Island on the 26th of July, then that's -- then I'll rapidly plan an exit.

JANE DOE: You're going to parachute out?

MICHAEL HLADY: Yeah, yeah. Yeah. Except without a parachute, so -- yeah --

[00:06:02]

JANE DOE: So, then, you know, I have to ask, then --

MICHAEL HLADY: Sure.

JANE DOE: What's going to happen to ▇ and JANE DOE -- we've talking to only you. So, do we go back to talking to Steven, or how does that work?

MICHAEL HLADY: No, no, nope, nope, nope. You continue only to talk to me, because I'm going to keep them on as a client. I'm going to keep Alchemist on as a client, where I specifically only deal with ▇, ▇▇▇▇ down in Florida. There are like four that I'm going to stay on in perpetuity to make sure that nothing f***ed-up happens, as a client, as just a consultant, but not a -- but not nearly to the level it is now. And that's all going to be in writing, so --

4

DOJ-000005935

**JANE DOE:**  It's all going to be in writing.  Okay.

**MICHAEL HLADY:**  Yeah, yeah.  Otherwise you would just go back to the fryer -- from the frying pan to the fire.  You know, until Steven decides that he wants to move on to whatever next incarnation of venture life he wants to do.

[00:07:04]

Which f*** if I know what that is -- making movies, I guess.  I don't know.  Producing Netflix documentaries.  I don't know.  I honestly don't -- you know, who the h*** knows?  So, yeah.  So, that's the story.

**JANE DOE:**  Okay.

**MICHAEL HLADY:**  Anyway, so -- what's -- Marianna --

**JANE DOE:**  [INDISCERNIBLE] --

**MICHAEL HLADY:**  What's that?

**JANE DOE:**  Oh, go ahead.  I was like, because we never gave him the million and a half he thought he wanted out of us for the Netflix deal.

**MICHAEL HLADY:**  Yeah, just keep your mouth shut on that one.

**JANE DOE:**  I plan to.  I just hope it never comes up again, because that was weird.

**MICHAEL HLADY:**  Yeah.  Speak only Korean.

**JANE DOE:**  All right.  And then this whole acquisition fiasco is put to bed?  Or what's going on with that, then?

**MICHAEL HLADY:**  That will be put to bed by the end of this week.

**JANE DOE:**  Okay.

[00:08:00]

**MICHAEL HLADY:**  So, I got two more things I need to do to rally with that, but I'm -- like I said, I have some other issues that popped up that kind of taken precedent, so --

**JANE DOE:**  Yeah -- yes, and ▇▇▇▇▇▇.  Pretty big.

5

**MICHAEL HLADY:** Yeah, pretty big things. So, you know, pretty huge things, and -- yeah. So, I'm sure -- just to circle back, I'm sure that Saturday I will sit down by myself somewhere and reminisce, but that's about it.

**JANE DOE:** Okay. That's -- sorry about the bad news and congratulations on the good news, so -

**MICHAEL HLADY:** Yeah. Yeah, yeah, yeah. So -- and what I was saying to the other part was, How far are you from L.A.?

**JANE DOE:** I don't know. When was the last time I was -- I was in L.A. like a year ago. It was probably a three-hour flight.

**[00:09:01]**

**MICHAEL HLADY:** Yeah. Oh, wow. Really?

**JANE DOE:** Yeah.

**MICHAEL HLADY:** Oh, wow. I didn't realize it was that long.

**JANE DOE:** It's like a thousand miles.

**MICHAEL HLADY:** True. True. Well, the West Coast is very -- you know, it's foreign to me. What the h*** do you want?

**JANE DOE:** Yeah.

**MICHAEL HLADY:** So, that's the story [INDISCERNIBLE] --

**JANE DOE:** Why do you ask about L.A.?

**MICHAEL HLADY:** No, because we're going to be there this weekend. That's where we're going. We're going Thursday.

**JANE DOE:** Oh.

**MICHAEL HLADY:** Yeah, that's where we're going. Top s***. Hey, I -- let me call you back -- can I call you back in like five minutes? I don't know what to have --

**JANE DOE:** Okay. Sure.

**MICHAEL HLADY:** Hang on one second. I'll call you right back. All right. Bye.

**JANE DOE:** Okay.

6

DOJ-000005935

**[00:09:45]**

7