**Michael A. Scotto**
Attorney-at-Law
**1225 Franklin Ave, Suite 325**
**Garden City, NY 11530**
mascottoesq@gmail.com
*mobile: 516-506-2302*
*fax: 516-706-7312*

February 28, 2023

Hon. Margo K. Brodie
Chief Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**VIA ECF**

    Re:    <u>United States v. Steven Nerayoff</u>, Crim. No. 20-008 (MKB)

Dear Judge Brodie:

    I write to withdraw my February 22, 2023 application for an order to compel (ECF Document 108 filed under seal), as yesterday I received a declaration which affirmed that no responsive documents could be located.

Respectfully submitted,
/s/ Michael A. Scotto

cc: all counsel (via ECF)