| | | |
|---|---|---|
| From: | ███████ | |
| Sent: | 9/10/2017 11:36:59 AM | |
| Subject: | ███████ WILL DELETE THIS AFTER THE CALL FYI. | |

Steven/Carlo..... numbers very very very very very off

Steven apologies... he will fix it for us

Presale market is wacky

couple choices

1. can cancel ███ --- Secondary market repercussions for canceling
2. 3M cutting to 2M --- from ███████ = Secondary market repercussions for canceling
3. ███████████ .. biggest fund ever
4. ███████ = massive, ███ got into ███████ told them they only have a couple days... pissed off ███ who runs ███████. ███ and ███ talked about ███ going to ███. ███████ is $3.8M. ███ needed the respect. They will hate ███████. ███ pissed off at the ███████ project until Steven fixed it.
5. After market is very important.

Alchemist might end up with no tokens... :(

1. ███████ project --- Steven pushing hard to use ███████ as the project for the ███████████
2. ███████████████ === the COINSORTIUM project.  Would like ███████ to be considered a founding member.
3. This is all perception.  Elevating our status.

... Alchemist got us a crazy advisor board.  We got the buzz. ███████████ + adding in 800-1,000 coin holders. This is huge (Pre-Sale/HubSale) Distributed.

1. ███████ (cap is $100M) is doing well.
2. ==Need to reserve a bit for >>>>> for== ███████ ==+ for== ███ ==>>> We need to give to them. +++ also== ███ ==Also== ███████ ==++++++==
   o ███████'s attorney) said he's behind figuring out a way to get ███████ an ICO platform.  And for the ███████ to be there.
3.

The final suggestion....  We need to make it with $20M... is what he says.... (context setting by Steven).

1. Alchemist give back all their Tokens > and have only ETH. ----> come up with a new ratio ("Fair") ..... 22.5% give back (of ███████), then what we do to the ETH (22.5%) -----> ==We should get back to them w a number.==
2. ███████████████████████████ ==wallet right away.... as long as we have the resources....==

███████████ ==PR is a partner with the== ███████ ==guys.?????== >> TMI (don't tell them we know this). *******
TBD on what the Deal term is with them, top is 7%..... ?? Whatever number they come back with, go back to ███ and ask to help negotiate a better deal. ███ can talk to Steven... Smart guys. .... Ok........

Think about it backwards.  = what funds do we really need to accomplish what we need.  $50M was a reach / realistic number.

**Alchemist is giving back 22.5% in STORM:**
1) part 1 = give ETHER for TOkens at some ratio for them

CONFIDENTIAL                                                                                                                        ███████ 018071

2) part 2 = increase allocation, or does Steven want to go ask for [REDACTED] from his hubs directly. Steven would like the option to decide.

[REDACTED]