**From:**
**To:**
**CC:**
**Sent:** 11/14/2018 2:46:40 PM
**Subject:** Re: Timeline needed

Thank you ▮ for consolidating the notes! Timeline looks great but we could organize it a bit more so it's easier to read and process.

I wonder if we could get some insights from ▮ on the conversation or notes he had with ▮ during the time. ▮ should have the notes on the conversation Perkins had with ▮ as well that we could ask for? Could we also look into Slack conversation between ▮ and ▮ that could have something potentially?

Other than that, well put notes! Let me know if you need anything.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** ▮
**Sent:** Wednesday, November 14, 2018 12:24:43 PM
**To:**
**Cc:**
**Subject:** RE: Timeline needed

Here is the timeline on ▮ attempt to forcibly sell the company to Alchemist (Steven) based on all of our notes.
It's extremely clear based on the dates what the intention was here.
Please feel free to make edits to the documents as needed.
Really appreciate everyone's collaboration.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** ▮
**Sent:** Monday, November 5, 2018 1:04 PM
**To:**
**Cc:**
**Subject:** Timeline needed

Hi ▮

We just got back from the employment law firm.
▮ and I will be organizing a chronological order of all things regarding ▮

Could you please check your calendar invites and other sources to start putting together a timeline of dates and what

was said?

For example: ▮▮▮ made comments about "XYZ" on this date (time would help as well).

A few things we are aware of at this point
-Reading a book on taking over a company
-Noobie, first trimester
-Etc.

Thank you!

CONFIDENTIAL
StormX_037497