| | |
|---|---|
| From: | Cropcho, Andrew (SE) (FBI) |
| To: | |
| Sent: | 6/20/2018 7:33:25 PM |
| Subject: | RE: Documentation |

Thanks for sending!

SA Andrew Cropcho
FBI, Seattle Division/Squad C-2

---

**From:**
**Sent:** Wednesday, June 20, 2018 6:59 PM
**To:** Cropcho, Andrew (SE) (FBI) <                              >
**Subject:** Documentation

Hi, Andrew:

Please find attached (what was "send-able" via email).
- Signed_Storm_Proposal w Maple Ventures (July 27, 2017) – Original Agreement
- SAFE_JeffPulver and SAFE_StevenNerayoff (October 1, 2017) - $25,000 each investment into the company
- ADVISOR_JeffPulver and ADVISOR_StevenNerayoff – documents giving them additional stock options because they decided they deserved to be in the previous investment round (they didn't, but they were being somewhat helpful).
- SpecialSteve_Agreement (November 6, 2017) – signed documents that we were forced to sign the night before our tokensale
- "Please sign ASAP".eml – the documents we signed on November 6th, 2017
- May Threats.mp4 (recording conversation with Steve (main speaker), Jeff (guy in the background that is denying everything), + Mike/Mike's Friend/Alex in the room with
- Airdrop reconnaissance – request by Michael to understand the "disagreement". This request was made the SAME day in NYC as the May Threats.mp4 recording.
- 10,000 ETH LOAN + - request by Michael was for me to send an email to him asking for the payment plan. He never sent one.
- Fwd – ETH?.eml --- I asked        to send this. In our attempts to try and manage the Steven situation, we used        as the grumpy bad guy in the background to get Steven to do things. It worked before. Not this time (10,000 ETH).
- Confirming our agreement.eml --- was written by Steven recapping what he thought was the deal after he received the the 10,000 ETH. We didn't have a choice. (Screenshots of text threats attached, this was in addition to hours and hours of hours of in person threats and/or phone calls with yelling.)

**SCREENSHOTS of some texts below:**



**Mike**

> ▮ just got here.  Trying to call.

Yes

Lost signal

Wed, Mar 28, 9:30 AM

▮ fix this by the time I land or I promise you I will destroy your community
1) we will go public with Stevens holding
2) we will sell and get everyone we know to sell
3) we will sue you
4) a story will be written about ▮

You are stalling for stalling sake

I will be landing in 4hrs I expect you and ▮ on the phone

Also I want the "manual" you wrote today!!

Case 1:20-cr-00008-MKB   Document 113-4   Filed 03/21/23   Page 3 of 6 PageID #: 978

  

**Steven**

> Have to head to airport in 45. Likelihood you call us soon?

Send the 10K ether now?

We need to convert it to BTC.

Can you do that on the plane?

> We can do it. I just have to give the directions. It will get done. Just need confirmation on address.

Don't forget we promised $500k–$1.5 million to the documentary.

Need appointments for investors and joint venture (like with ▮▮▮▮) for April 7-9

Micropayments Playform

▮▮▮▮▮announcement

CONFIDENTIAL ▮▮▮▮011305


**Steven**

> is what will be kept as collateral. My intent is to get all the tokens but we have to write it properly up front and given the merger none of this will matter anyway.

> Had to read a few times. I think I understand

> Clarify please.

> We send 10,000 ETH as "loan". We have 70,000,000 tokens as collateral.
>
> Correct?

> Confirm?

> One sec

> Have to head to airport in 45. Likelihood you call us soon?

Delivered

> Send the 10K ether now?

CONFIDENTIAL 011306

Case 1:20-cr-00008-MKB   Document 113-4   Filed 03/21/23   Page 5 of 6 PageID #: 980



Steven

> My only issue is the total amount of collateral should be what I could have sold it for last week.  So I'll come up with a different collateral amount.  None of it should matter since I wouldn't sell into those before a merger.  But it was between .06-.07.  It's just a matter of fairness.  In the end I want the tokens not the ether but it needs to be fair.  It's about 70 million should be as collateral.  It's a right thing but practically it won't matter.  You understand how I operate it's about what is right and what was promised.  So 350 million is way less than I would have received but I'm willing to find a medium.  I would have sold last week so that average which I am saying is about 6.5 cents is what will be kept as collateral.  My intent is to get all the tokens but we have to write it properly up front and given the merger none of this will matter anyway.

CONFIDENTIAL                                                                 011307



CONFIDENTIAL

011308