From:
To: michael@alchemist.com;
CC:
Sent: 5/16/2018 9:33:18 AM
Subject: 10,000 ETH Loan + 30% Interest

Hi, Mike:

We'd like the plan to receive the **10,000 ETH + 30% interest back** – ideally before June 1, 2018 as discussed.

Please let us know the plan for repayment for **13,000 ETH**.

Thanks.

Warmly,



CONFIDENTIAL                                                                024957