

U.S. Department of Justice

United States Attorney
Eastern District of New York

JPL
F. #2018R00035

271 Cadman Plaza East
Brooklyn, New York 11201

March 28, 2023

By ECF

The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Steven Nerayoff
              Criminal Docket No. 20-008 (MKB)

Dear Judge Brodie:

      The government writes in connection with the defendant Steven Nerayoff's March 28, 2023 motion to vacate the protective order and amend the indictment in this case, ECF Dkt. No. 117, and respectfully requests until April 10, 2023 to file a response. The defendant would then have until April 17, 2023 to file a reply. The government understands that the defendant does not object to this scheduling request.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/
      Jonathan P. Lax
      Assistant U.S. Attorney
      (718) 254-6139