**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

March 7, 2023

Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

BY ECF

Re:   United States v. Michael Hlday
      20 Cr. 008 (MKB)

Dear Judge Brodie:

      Defendant Michael Hlday ("Hlday") is scheduled for a sentencing hearing before the Court April 27, 2023. As the Court is aware, the government has consented to the dismissal of Hlday's co-defendant's Indictment. The circumstances that precipitated this concession may have a significant effect upon Hlday's sentencing. The parties are currently engaged in the exchange of information and discussions in an effort to resolve all sentencing issues related to the dismissal application. For this reason, Hlday respectfully requests an adjournment of his sentencing hearing for approximately sixty days to a date convenient to the Court. The government, by Assistant United States Attorney Jonathan Lax, consents to this application.

      Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc:   AUSA Jonathan Lax (by ECF)