**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

May 3, 2023

Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

BY ECF AND EMAIL

       Re: United States v. Michael Hlday
          20 Cr. 008 (MKB)

Dear Judge Brodie:

  As the Court is aware, defendant Michael Hlday ("Hlday") is currently at liberty on a bond that contains numerous conditions including electronic monitoring and travel restrictions. On May 5, 2023, his stepdaughter is graduating from Indian University in Bloomington, Indiana. By this letter, he respectfully requests permission to travel from Florida to Indiana from May 5, 2023 to May 8, 2023 to attend the graduation. Hlday will provide Pretrial Services with flight and hotel information should this travel be approved. The government, by Assistant United States Attorney Jonathan Lax, EDNY Pretrial Services, by United States Pretrial Officer, Valeria Lopez, and SDFL Pretrial Services, by United States Pretrial Officer Gary Hackett, consent to this application.

  Thank you for Your Honor's consideration of this request.

       Very truly yours,

       *Sanford Talkin*
       Sanford Talkin

cc: AUSA Jonathan Lax (by ECF & email)
   USPTO Valeria Lopez (by email)
   USPTO Gary Hackett (by email)