**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

June 16, 2023

Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

BY ECF

Re:   United States v. Michael Hlday
20 Cr. 008 (MKB)

Dear Judge Brodie:

Defendant Michael Hlday ("Hlday") is scheduled for a sentencing hearing before the Court on June 29, 2023. The issues that led to the dismissal of Hlday's co-defendant's Indictment will have a great impact on defendant's sentencing. The parties are currently working through these issues and expect to arrive at mutually acceptable resolution. However, the parties require more time to reach this resolution. For this reason, Hlday respectfully requests an adjournment of his sentencing hearing for approximately ninety days to a date convenient to the Court. The government, by Assistant United States Attorney Jonathan Lax, consents to this application.

Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc:   AUSA Jonathan Lax (by ECF)