**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

February 26, 2026

Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

BY ECF

Re:   United States v. Michael Hlady
      20 Cr. 008 (MKB)

Dear Judge Brodie:

      Defendant Michael Hlady ("Hlady") was sentenced by the Court on December 9, 2025 to principally 15 months of incarceration. The Court granted Hlady's request for voluntary surrendered and directed him to report to his designated facility by March 3, 2026. I have been informed by the United States Marshals that Hlady has been designated. However, by this latter, Hlady's respectfully requests that his surrender date by extended by 30 days. As the Court is aware, Hlady's ███████████████████████████████████████ Additionally, Hlady's █████████████████████████████████████████████████████████████████████████████. The requested extension will allow Hlady both to █████████████████████████████████████ prior to his incarceration.

      The government, by Assistant United Sates attorney Jonathan Lax, consents to this application. Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*

Sanford Talkin

cc:   AUSA Jonathan Lax (by ECF and email)

---

[1] The Court recently granted Hlady permission to travel to New York to stay with his mother but he was unable to travel due to his flight being cancelled because of the inclement weather.